[Reset Form]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY



Case Number CR 17- 00081     Defendant Number  1
U.S.A. v. TIAN MIN WU         Year of Birth  1965
[✓] Indictment  [ ] Information    Investigative agency (FBI, DEA, etc.)  HSI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a :

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  at all times relevant to this indictment
c. County in which first offense occurred

Los Angeles County

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura
[ ] Orange             [ ] Santa Barbara
[ ] Riverside          [ ] San Luis Obispo
[ ] San Bernardino     [ ] Other _____

Citation of Offense  22 U.S.C. § 2778; 50 U.S.C. § 1701;
18 U.S.C. § 554(a); 18 U.S.C. § 1956

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES  Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE    N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: January 27, 2017
Case Number  SA 17-013M
Charging  22 U.S.C. §§ 2778(b)(2), (c); 18 U.S.C. § 554(a)

The complaint:  [✓] is still pending
[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] Yes  [ ] Yes(?)
IF YES, provide Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [x] NO
IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male   [ ] Female
- [ ] U.S. Citizen   [x] Alien

Alias Name(s): Bob Wu, David Wu, Graham Sones, and Edward Wang

This defendant is charged in:   [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [x] No
IF YES, should matter be sealed?   [ ] Yes   [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [x] Other: Export violations, smuggling, money laundering

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  02/15/2017

Signature of Assistant U.S. Attorney
MARK TAKLA
Print Name