# EXHIBIT F

1   SANDRA R. BROWN
    Acting United States Attorney
2   PATRICK R. FITZGERALD
    Assistant United States Attorney
3   Chief, National Security Division
    MARK TAKLA (Cal. Bar No. 218111)
4   Assistant United States Attorney
    Terrorism and Export Crimes Section
5       United States Attorney's Office
        411 West Fourth Street, Suite 8000
6       Santa Ana, California 92701
        Telephone:  (714) 338-3591
7       Facsimile:  (714) 338-3561
        Email:     mark.takla@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. CR 17-00081

13          Plaintiff,               SUPPLEMENTAL AFFIDAVIT OF MARK
                                     TAKLA IN SUPPORT OF REQUEST FOR
14          v.                       EXTRADITION OF TIAN MIN WU

15  TIAN MIN WU,
        aka "Bob Wu,"
16      aka "David Wu,"
        aka "Graham Sones,"
17      aka "Edward Wang,"

18          Defendant.

19

20      I, Mark Takla, being duly sworn, depose and state:

21      1.   I have reviewed the case file in the above-listed case and

22  hereby provide the evidence in Exhibits A through G supporting the

23  arrest warrant, complaint, and Affidavit of Jeremy Ding provided in

24  the extradition packet.  Exhibits A through G are intended to provide

25  support for arrest warrant, complaint, and Affidavit of Jeremy Ding

26  and do not contain all the documents and evidence collected in this

27  case.

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

WU001516

1     2.   Exhibits A through G contain witness statements, financial

2 records, and emails and text messaging between the undercover

3 Homeland Security Investigations ("HSI") agent ("UCA1") and the

4 subject of the investigation, TIAN MIN WU ("WU").

5     3.   The following information has been redacted: (1)

6 information identifying the seller of the commodities at issue; and

7 (2) information not pertinent to the extradition request (which also

8 reduces the translation costs).

9     4.   While some statements post-date the issuance of the arrest

10 warrant, the information furnished by the witness existed before then

11 and was used to obtain the warrant. After the warrant was issued,

12 the information provided by the witness was memorialized in a report.

13     Executed this **27** day of March, 2017, at Santa Ana, California,

14 United States of America.

15

16

17 MARK TAKLA
    Assistant United States Attorney

18

19     Signed and sworn to before me this _27_ day of March, 2017, at

20 Santa Ana, California.

21

22

23 THE HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

WU001517

# EXHIBIT A



# DEPARTMENT OF HOMELAND SECURITY



**ICE**

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/09/2017 20:51 EST                                                    Page 2 of 2

DETAILS OF INVESTIGATION

On or about June 5, 2013, ▮▮▮▮▮▮▮▮ advised HSI SA Kimberly Long that its employee, ▮▮▮▮▮▮▮▮, Senior Staff Engineer, received a suspicious inquiry via the company's web site (online sales section – "sales@▮▮▮▮▮▮). The inquiry, which was for a ▮▮▮ T-4000 High Gain Antenna, came from WU using email address "bob2099@sina.com." In the email, WU claimed to be part of a trading company from "mainland China." Based on a review of the email header and website registration information, it was determined that WU was located in the People's Republic of China (PRC).

Mr. ▮▮▮▮ forwarded the inquiry to ▮▮▮▮ s Facility Security Officer, and the information eventually made its way to SA Long. A review of the initial email by SA Long revealed the following:

1.  On or about May 30, 2013, ▮▮▮▮ received an email from WU at bob2099@sina.com stating, "We are from China – mainland, one trading company, and we are interested in your antenna – T-4000 High Gain Antenna, Could we get the quotation for this? Could we to b your partner at China – Main land? BR Bob"

**Date Approved**

3/9/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosu of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WU001519

# EXHIBIT B

WU001520





Leah Kim <asianpacifictrade@gmail.com>

---

## T-4000 High Gain Antenna
14 messages

**Leah Kim** <asianpacifictrade@gmail.com>                    Mon, Jun 10, 2013 at 6:04 PM
To: bob2099@sina.com

Dear Bob,

My name is Leah Kim of Asian Pacific Trade. I'm an independent broker and often assist customers seeking aviation and military parts. I'm based in the Los Angeles area with access to several small to large manufacturing and defense companies. In addition, I am very familiar with export and shipping logistics. I understand you're interested in purchasing the ████████ **T-4000 High Gain Antenna**. Please let me know how many you would like to purchase and who the end user will be and I can send you a quote.

Best regards,
Leah Kim
Asian Pacific Trade

---

**bob2099** <bob2099@sina.com>                                 Thu, Jun 13, 2013 at 12:15 AM
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Dear Leah
Nice to get your email!
Our customer turn to mechanical steerable antenna because of no response from this company. Anyway you can give me a quote and then I show it to our customer again.

Third customer ask me about one software – ████████ 500 and HF Signals Database, is it possible? –http://www.████████ com , they told me that they need 2-3month to get approval.
We have many request at different period, maybe we can do something together.

Asian Pacific Trade is one company and you own it or you work for it? There is any web site? do you often come to China?

we took three days holiday so delay to answer you!

BR
Bob



**Leah Kim** <asianpacifictrade@gmail.com>
To: bob2099 <bob2099@sina.com>

Thu, Jun 13, 2013 at 9:00 AM

Dear Bob,

I'm traveling right now but will start working on the price quotes for the items you're requesting as soon as possible.

I'm an Independent Broker and Asian Pacific Trade is my business. I'm working on my website but have been too busy fulfilling orders!  I'll need to hire help soon.

Is it correct to assume your customer is mainland China? This will help me to determine the estimated time of delivery, as well as the Government licensing requirements.

Regarding the T-4000 High Antenna, I have a quote for a single purchase but need to know the particulars, like the end user information. Please send as soon as possible and I will provide the information.

Best regards,
Leah Kim
Sent from my iPhone
[Quoted text hidden]

---

**bob2099** <bob2099@sina.com>
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Thu, Jun 13, 2013 at 11:57 PM

Dear Leah

The end user is Shanghai Changjiang Shipping Corp.

bob2099

4/1\WU001522



**Leah Kim** <asianpacifictrade@gmail.com>
To: bob2099 <bob2099@sina.com>

Wed, Jun 26, 2013 at 5:38 PM

Bob,

A single license for the ████ 500 will be $11,500 plus my additional risk fee of 25%. The HF Signals
Database is a subscription service of $2000 per year. However, like the T-4000, both of these items are
export restricted to China since they are ITAR controlled. Let me know what your customer would like to do

6
WWU001523

and I'll see what we can do to overcome the shipping issues.

v/r
Leah
[Quoted text hidden]

---

**bob2099@sina.com** <bob2099@sina.com>                                           Thu, Jun 27, 2013 at 6:29 AM
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>
Cc: bob2099 <bob2099@sina.com>

A single license for the ████████500 will be $11,500, it included one signal database? we needn't HF Signal database update service per year.

what's your payment condition? and lead time?

----- 原始邮件 -----
发件人：Leah Kim <asianpacifictrade@gmail.com>
收件人：bob2099 <bob2099@sina.com>
主题：Re: Re: T-4000 High Gain Antenna
日期：2013年06月27日 08点38分

---

**Leah Kim** <asianpacifictrade@gmail.com>                                        Thu, Jun 27, 2013 at 7:42 PM
To: bob2099 <bob2099@sina.com>

Bob,

Yes, the single license is $11,500 plus up to 25% delivery up charge.  The multimedia signals database is delivered once per month, hence the one-year subscription charge of $2000, which is delivered via email.  I hope this answers your question correctly.

If we decide to work together on procuring the ████████500 or the T-4000, then I must ask that you do NOT contact ████████ or ████████████████.  Since these items are ITAR controlled and require an export license from the State Department, it will be impossible for you to purchase directly from the company.  And it will be impossible for met to get a license.  This is to protect me from getting into any trouble with the US authorities and this is why I charge a risk fee of 25% above the sell price.

Regarding lead time, the ████████500 should take approximately 2-3 weeks.  I require $11,500 up front, then and additional 25% ($2875) upon delivery.  Total payment is $14,375.

The ████████ T-4000 antenna is made to order and will take 6-8 weeks to build.

I can accept payment in multiple ways.  It really depends on what you are purchasing and how much the transaction is.  Typically, for new customers, I like to meet in person in a 3rd country to be sure you are a legitimate buyer.  This also give you a chance to feel comfortable with me.  These are expensive and sensitive deals and I like both of us to feel confident with each other.

Let me know if this is possible for you.  I can be very flexible.

Best,

7
4/1.\WU001524

 **Leah Kim <asianpacifictrade@gmail.com>**

## Food
28 messages

**bob2099 <bob2099@sina.com>**                                          Thu, Jun 27, 2013 at 8:13 PM
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

> Dear Leah
> It is impossible for me to go to a 3rd country to meet you.  but we really can discuss how to go on doing
> Krypto, we need time to set up trust between us.
> We can begin with Krypto if you really can do.
>
> I change the Subject and product name -Krypto
>
> bob2099



4/1... WU001525



Leah Kim <asianpacifictrade@gmail.com>

## 回复：Re:_回复：Re:_Re:_Food

2 messages

**bob2099@sina.com** <bob2099@sina.com>                                  Tue, Jul 2, 2013 at 6:45 AM
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

meet at 3rd country and I give money and then you give me software, right?

Is it possible to meet at China to do this?

---

**Leah Kim** <asianpacifictrade@gmail.com>                              Tue, Jul 2, 2013 at 8:58 AM
To: "bob2099@sina.com" <bob2099@sina.com>

Yes. That is correct. However, not in China. Another Asian country is better for me, such as Thailand, Australia, Saipan, etc.

4/1\WU001526

 **Leah Kim <asianpacifictrade@gmail.com>**

## From Bob
1 message

**bob_wu <bob_wu@creation-foundation.com>**                    Mon, Jan 20, 2014 at 10:40 PM
To: asianpacifictrade@gmail.com

Hi, Leah

I sent several emails to you by my email – bob2099@sina.com but not get your any response. I doubt that maybe there is some problem with my email so I change to this email to talk to you.

Hope that it can work.

I want to confirm with you about the price of ▇▇▇▇▇▇        500, so please give formal price for ▇▇▇▇▇▇
▇▇▇▇          500 and package list.

what's the license look like ?  USB dongle ?

we plan to do by PayPal.

Do you have other way for contacting, such as phone number? Skype? My skype account is bobwu2099

Our customer call me in these days, almost every day and push me to give formal quotation. But I am waiting for you.

Expecting your response!

BR

Bob

10
4/1\/WU001527



**Leah Kim** <asianpacifictrade@gmail.com>                    Wed, Jan 29, 2014 at 9:30 PM
To: bob2099 <bob2099@sina.com>

Bob,
Please see the info below on the ██████ 500 regarding the price. And yes, it is a USB dongle.

I will be available to skype or for a call tomorrow evening after 4:30 PST (or 8:30 am China time in Friday)



Regards,
Leah



---

**bob2099** <bob2099@sina.com>                                    Sun, Feb 9, 2014 at 8:52 PM
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

I have provided the price to customer today and 90% possibility to got order. It can ship to Beijing
directly? we want to pay by PAYPAL. I try to add you at Skype and send one hello mssage to you today.

bob2099



12
4/1VWU001529

**Leah Kim** <asianpacifictrade@gmail.com>                    Mon, Feb 10, 2014 at 8:56 PM
To: bob2099 <bob2099@sina.com>

Bob,
That's great. Let me get back to you on shipping directly to Beijing. Send me the ultimate consignee and
address.
Leah

**bob2099** <bob2099@sina.com>                              Mon, Feb 10, 2014 at 10:38 PM
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Address and consignee:
Room. 10-7-401 Kangjiayuan, Gaobeidian North Road,
Chaoyang District, Beijing, China. Postcode: 100025

Attention:tianzhongwu

bob2099

 **Leah Kim <asianpacifictrade@gmail.com>**

## The new Ipad air and Mini Ipad
1 message

**bob2099@sina.com <bob2099@sina.com>**
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

Fri, Feb 28, 2014 at 4:24 PM

We will go through the paypal, we can pay two times, or maybe &10000 go through paypal and the rest go bank transfering.

our paypal:cotstech@cotstech.cn

we can do now.

we need origual package of products, one signed orginal  manufaturer statement including serial number.



1 of 1

14
4/ VWU001531

 **G🅼ail**
by Google

Leah Kim <asianpacifictrade@gmail.com>

## 吴 天中 sent you $10,000.00 USD
1 message

吴 天中 via PayPal <member@paypal.com>                          Sat, Mar 1, 2014 at 4:58 PM
Reply-To: cotstech@cotstech.cn
To: Asian Pacific Trade <asianpacifictrade@gmail.com>

**PayPal**

Transaction ID: 26Y42418HF781970W

### 吴 天中 sent you $10,000.00 USD

Hello Asian Pacific Trade,

Just thought you'd like to know 吴 天中 sent you $10,000.00 USD.

**Note from 吴 天中:**

We paid Address: Room 10-7-401 KangJiaYuan GaoBeiDian North Road, ChaoYang District, BeiJing, China. Postcode:100025, Mobile number:18511761539



15
4/VWU001532

 Leah Kim <asianpacifictrade@gmail.com>

## 回复: Re: bread
12 messages

**bob2099** <bob2099@sina.com>                                          Thu, Mar 13, 2014 at 5:38 PM
Reply-To: bob2099 <bob2099@sina.com>
To: asianpacifictrade@gmail.com

anything is on schedule?how much you want to declare to customs? lower price is better to us, maybe $ 3800

已从三星手机 发送

Leah Kim <asianpacifictrade@gmail.com> 写道 :
Yes. I expect to have the product the week of March 24, then I'll ship it direct to you. I'll let you know when I have an exact date from the company. And I'll email you the shipping information (label) once I send it to you.

Sent from my iPhone



**Leah Kim** <asianpacifictrade@gmail.com>                              Thu, Mar 13, 2014 at 7:36 PM
To: bob2099 <bob2099@sina.com>

Yes. All is on schedule. I can declare a lower price if that helps on your end. What do you want me to write for the description?

Sent from my iPhone
[Quoted text hidden]



4/1VWU001533

 **Leah Kim <asianpacifictrade@gmail.com>**

## Package
2 messages

**Leah Kim <asianpacifictrade@gmail.com>**                    Thu, Mar 27, 2014 at 3:25 PM
To: bob2099 <bob2099@sina.com>

Bob,

I received the product, see attached photos. I'm going to send it out via International Express mail.

Per your request, I can write $3800 on the customs forms, however, anything over $2500 requires additional export forms to be filed in the U.S. What do you want me to do?

Thanks,
Leah

Sent from my iPhone

**bob2099 <bob2099@sina.com>**                               Thu, Mar 27, 2014 at 5:38 PM
Reply-To: bob2099 <bob2099@sina.com>
To: asianpacifictrade@gmail.com

less than $2500 is also ok to me

17
4/1 VWU001534

 **Leah Kim <asianpacifictrade@gmail.com>**

## Invoice
3 messages

**bob2099** <bob2099@sina.com>                                      Tue, Apr 1, 2014 at 2:32 AM
Reply-To: bob2099 <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

need two formal signed invoice - one is K500, value is $2100, anothe is service fee, value is the rest of
our paymnet.

Thanks!

bob2099

4/ WU001535



**Leah Kim <asianpacifictrade@gmail.com>**
To: bob2099 <bob2099@sina.com>

Thu, Apr 3, 2014 at 2:31 PM

Bob,

We have a problem.  See the email below.

We discussed this in the beginning, which is why I prefer to meet in person and hand deliver products instead of shipping them direct.  In the past, when I have shipped, I've never had anything detained.  Have you?

What do you want me to do?

Leah

4/1\WU001536



**Leah Kim** <asianpacifictrade@gmail.com>
To: bob2099 <bob2099@sina.com>

Wed, Apr 9, 2014 at 4:13 PM

I don't see a way of getting this out.

If your customer still wants the product, we'll have to reorder and I'll have to hand deliver to you.

Leah

Sent from my iPhone



20

**bob2099@sina.com** <bob2099@sina.com>
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

Wed, Apr 9, 2014 at 4:30 PM

How we do  hand deliver to me?



**bob2099@sina.com** <bob2099@sina.com>
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

Wed, Apr 9, 2014 at 4:37 PM

which country you recommend and I can bring it out that country?

**Leah Kim** <asianpacifictrade@gmail.com>
To: "bob2099@sina.com" <bob2099@sina.com>

Wed, Apr 9, 2014 at 4:53 PM

I have an office in Thailand, so it easy for me to travel around Asia. I also have an office in Prague, Czech
Republic.

VWU001538

Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

Do you think that I can bring it out from Thailand?



**Leah Kim** <asianpacifictrade@gmail.com>                          Wed, Apr 9, 2014 at 5:16 PM
To: "bob2099@sina.com" <bob2099@sina.com>

Yes.



**bob2099@sina.com** <bob2099@sina.com>                          Wed, Apr 9, 2014 at 5:31 PM
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

your office is at Bangkok?

**bob2099@sina.com** <bob2099@sina.com>                          Wed, Apr 9, 2014 at 5:50 PM
Reply-To: bob2099@sina.com
To: Leah Kim <asianpacifictrade@gmail.com>

When we can meet at Thailand?



22
4/WU001539



Leah Kim <asianpacifictrade@gmail.com>

## Bangkok
5 messages

**Leah Kim <asianpacifictrade@gmail.com>**
To: bob2099 <bob2099@sina.com>

Thu, Apr 10, 2014 at 10:31 AM

Dear Bob,

When I start dealing with sensitive military technology, like the ██████ I try to be very diligent in my transactions in order to protect my business. As I mentioned previously, I almost always meet my customer in person first, but because you insisted on shipping directly to Beijing, I decided to give you a chance.

Now, we're both at a loss. You've lost money and I have lost my anonymity in the US. My ability to do business without being on the government's radar is crucial to all aspects of my business. You are not my only customer and definitely not my largest customer. I broker over a million dollars a year in Asia alone (not including my Europe/Middle East business) so the reputation I have is priceless.

But, I understand the loss of money is great to you and I don't want to diminish that. I also want to continue our relationship and for it to be successful.

What I can offer is a new ██████ license at manufacturer's cost to you. I will waive my mark-up fee, the shipping costs (from manufacturer to me), and I will waive any financial transactions fees.

I will be leaving for my Asian business trip in a few weeks. I would love to meet you and find a way to resolve this dilemma that will beneficial to both of us.

How long will it take you to receive a visa and travel to Bangkok?

Best regards,
Leah Kim



WU001540

9/28/15, 4:05 PM

**Leah Kim** <asianpacifictrade@gmail.com>
To: bob2099 <bob2099@sina.com>
Cc: "tadeusz.a.nowak@op.pl" <tadeusz.a.nowak@op.pl>, "tadeusz.a.nowak@gmail.com"
<tadeusz.a.nowak@gmail.com>

Tue, Apr 29, 2014 at 9:27 PM

Bob,

Let's meet at the JW Marriott Hotel lobby on Sukhumvit Road on Friday at 2pm. It's not far from your hotel by taxi or
Sky Train (Phloen Chit Station).

I'm here with my business partner from Poland, Tadeusz Novak, who I want to introduce you. (he's cc'd on this email).
He handles most of my European procurement and logistics business so if you have any European requests, this
would be a good opportunity to discuss. Tadeusz also knows about our recent difficulties and is very knowledgeable.

Have a safe flight and we'll see you on Friday.

Leah

VWU001541



**Leah Kim** <asianpacifictrade@gmail.com>                                    Thu, May 1, 2014 at 5:38 AM
To: tadeusz.a.nowak@op.pl, tadeusz.a.nowak@gmail.com

Ted,

Plead convey my apologies to Mr. Bob Wu for missing the meeting. Please see the email below and work out a deal with Bob that will work for both of us and explain to him the importance of meeting in person to deliver the product. I prefer to deliver in Saipan or Prague.

Thanks,
Leah



25
VWU001542



**Leah Kim** <asianpacifictrade@gmail.com>                    Sun, May 11, 2014 at 2:34 PM
To: bob2099 <bob2099@sina.com>
Cc: tadeusz.a.nowak@gmail.com, tadeusz.a.nowak@op.pl

Bob,

After careful consideration, I will accept your terms of a second purchase of the ▆▆▆▆500 for $11,500 to be paid on delivery. Since we will meet in person and deliver the product to you, I assume you can pay in cash (USD) the full amount?

I also want to confirm that we will meet in Saipan? This is a visa-waiver country for China and It should be very easy for you to go there. It also has a very relaxed immigration policy, so you'll see many Asians (lots of Chinese) travel there. We can discuss the details more once we get closer to meeting.

Let me know and I will order a new K500 tomorrow.

Best,
Leah



**Leah Kim** <asianpacifictrade@gmail.com>
To: bob2099 <bob2099@sina.com>

Tue, Jun 17, 2014 at 6:03 PM

Trust me I totally understand. That's always my concern too, which is why we have to be very careful on how we proceed. That's why I also wanted to meet you in Thailand so we can gain each other's trust and do more business.

We (Ted and me) have some very good connections at the airport and have successfully transported items to China in the past. Since our product is software (CD's), we can easily disguise it as music or movie

DVDs. We can just change the cover. Besides, we'll give you the software after you've gone though inspection on the other side of security, near the boarding gate.

Before the hand-off at the airport occurs, we'll meet outside the airport, probably our hotel room where you can see the actual product and exchange payment.

On Jun 17, 2014, at 3:47 PM, bob2099 <bob2099@sina.com> wrote:

I just read the story of similar trading that happened in the US in the news papar recently, two chinese were arrested because they want to bring sensitive product to china. it said that it is "fishing"trap. so i am worriing about this, also the time and date is problem.





**bob2099** <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Mon, Dec 1, 2014 at 6:33 PM

Dear Leah
Please see this product, if we can do this.

http://www[REDACTED]com/products/satellite-modems/dmd2050e

This company have lots of office and agent at different country. maybe some research institute as end user can
use this one.
[Quoted text hidden]

📄 **ds-dmd2050E.pdf**
263K

WUU001546



**Leah Kim** <asianpacifictrade@gmail.com>                     Wed, Dec 3, 2014 at 10:04 AM
To: bob2099 <bob2099@sina.com>

Bob,

I'm looking into the modem and will get back to on what I can find. This model appears to be made for military, but may have a license exemption.

Are you interested in some of their other commercial modems? The following are modems that don't require a license:

570A/L
570 AIP/ALIP
570L
570 LIP
625A
750
760
40XS

Have you reached out to their office in Beijing?

Thanks,
Leah

VWU001547

Gmail - 2015 Conferences

9/28/15, 3:51 PM

**bob2099** <bob2099@sina.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Wed, Dec 3, 2014 at 5:04 PM

Dear Leah
Thanks  for your response!
I didn't contact their office at Beijing but I have known that this model is not easy to buy. This is reason why I ask
you to try.

I have visited U.S many years before.

maybe you can come to China as a tourist then we meet.

Expecting some good news from you!

BR
Bob


bob2099

vWU001548

**Leah Kim** <asianpacifictrade@gmail.com>                                          Thu, Dec 18, 2014 at 7:40 AM
To: bob2099 <bob2099@sina.com>

Unfortunately, it requires a license from the department of Commerce. All the other modems listed below are NLR (no
license required). Are you interested in those? Who is the end user? You mentioned an institute? Maybe...

**bob2099@sina.com** <bob2099@sina.com>                                            Thu, Dec 18, 2014 at 3:36 PM
To: Leah Kim <asianpacifictrade@gmail.com>

we are not interested in NLR peoducts taht can be purchased at China.

The institute at China is impossible, maybe some institute at other is possible

bob2099@sina.com

vWU001549

5/6/2016                                          Print

                                                  L-3 Request

**Subject:**   Re: Re: Happy New Year!

**From:**      davidwu2065@sina.cn (davidwu2065@sina.cn)

**To:**        k.lewisCA@yahoo.com;

**Date:**      Tuesday, April 5, 2016 6:14 AM


MPM-1000

http://www2.l-3com.com/███████/products/satcom_solutions.htm

quotation and configuration list


Best Regards!
David Wu

VWU001550



# DEPARTMENT OF HOMELAND SECURITY

## ICE



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:50 EST                                                                                      Page 4 of 4

On April 27, 2016, the UCA placed a Skype audio call to WU. WU asked to be
called "David" instead of "Bob." (Agent note: In previous communications
with the UCA, WU used the pseudonym "Bob.") The UCA advised WU that travel
to Hong Kong was no longer possible due to the risk involved. The UCA added
that Hong Kong Customs worked closely with U.S. Customs. The UCA mentioned
he/she was comfortable meeting in Thailand or Europe.

The UCA stated he/she would be in Thailand in June and July. WU said he
would discuss this information with his colleagues and customer. The UCA
stated ▮▮▮▮▮▮▮ had an office in the UK, and that might enable the UCA to
facilitate the delivery of the commodity to WU. The UCA told WU that Europe
was a good place for WU to inspect the item as exports would not be
scrutinized in that region. WU said he wanted to discuss costs when they met
as well. WU stated he had five other products to order, but he would only
discuss them in person. The UCA informed WU that every time he/she
researched products for WU she puts him-/herself at risk because the
manufacturers would not deal with him/her if they knew the products were
going to the PRC. WU agreed it would be good to meet face-to-face.

In emails sent on April 28, 2016 and May 2, 2016, WU and the UCA agreed to
meet in Bangkok, Thailand in June 2016 to discuss business.

**Date Approved**
6/19/2016

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE                                               34

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WU001551

 

# DEPARTMENT OF HOMELAND SECURITY

**ICE**

███████████████████████████████████

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:51 EST                                                      Page 2 of 12

## DETAILS OF INVESTIGATION

████████████████



In emails sent on April 28, 2016 and May 2, 2016, WU and the UCA1 agreed to meet in Bangkok, Thailand in June 2016 to discuss business.

Agent Note: The following summary is not being represented as an exact duplication of all words, terms, phrases or statements exchanged between the subject and UCA1 and UCA2.  Information provided below regarding the undercover meeting serves the purpose of summarizing the dialogue.  The conversation between WU and UCA1/UCA2 was recorded through the use of a video and audio recording device on UCA1's person.  For further information regarding the communication, refer to the case file.

On June 9, 2016, UCA1 arrived at the Sofitel Hotel on 2 North Sathorn Rd., Bangkok, Thailand, and entered the lobby at approximately 1230 hours local time.  WU arrived several minutes prior to UCA1 and was waiting for him/her in the hotel lobby.  After exchanging pleasantries, WU told UCA1 he was staying at the Center Point Hotel in Bangkok.

*** Agent's note: UCA1 identified WU using photos previously obtained from Thai Immigration documents when he (WU) arrived at the Bangkok airport in May 2014.  HSI agents received a copy of a passport identifying WU as Tianmin WU, a Chinese national, from Royal Thai Immigration personnel. ***

███████████████████████████████             **Date Approved**
                                                9/21/2016

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

VWU001552



# DEPARTMENT OF HOMELAND SECURITY



## ICE

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:51 EST                                                                      Page 3 of 12

WU and UCA1 discussed business over lunch at the Sofitel restaurant. WU stated he traveled alone to Thailand and said he would be leaving on June 12, 2016. WU said it's easy to fly to Korea from China but there are other security reasons why he doesn't want to go there. WU stated he is not married and that makes it easier for him to travel. UCA1 stated he/she "sources" products in his/her line of business and has a large network of contacts. UCA1 added he/she handles distribution and brokering.


UCA1 asked WU what he did as an engineer. WU stated he is an electronics engineer and previously worked for the Chinese government. WU designed circuits for electronic communications. WU said to UCA1, "If I can tell you in detail, the demodulator." (NFI) UCA1 told WU he/she did not have a technical background.


WU said he is currently a broker for the Chinese government. His current customers are from various Chinese government departments, to include communications/electronics departments. WU said he also worked with an international treaty (NFI). WU claimed he has never served in the military.



**Date Approved**

9/21/2016

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.
WWU001553



# ICE

# DEPARTMENT OF HOMELAND SECURITY



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:51 EST                                                                                    Page 4 of 12



UCA1 asked if WU has been successful in getting "sensitive" items from Germany to China.  WU says, "yes, but it is not directly.  It needs to go to another country also."  UCA1 asked what country.  WU said items have been sent to Singapore for Rhode & Schwarz, as they have a company there, but (unintelligible) Singapore provides the end user statement, and generally ships by air (NFI).

WU said he worked for a U.S. company based in Chicago, IL, named Andrew Corporation.  WU travelled to Chicago once to visit the Andrew Corporation.  He worked as an engineer in the Andrew Corporation's China office.  WU also worked for Siemens and Motorola in China.  He has travelled to Germany and Italy for business, as well as elsewhere in Europe.  WU said he would have to apply for a US Visa to visit the US.  WU studied English in China.

**Date Approved**
9/21/2016

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WWU001554



# DEPARTMENT OF HOMELAND SECURITY





ICE

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:51 EST                                                                            Page 5 of 12

UCA1 asked about WU's family. WU said, his father is alive and is 78 years old, but his mother passed away over 10 years ago. Wu said he also has one older brother in addition to his younger brother that assists with business.

UCA1 said items he is asking for are sensitive items. UCA1 asked if his customer is interested in non-sensitive items, since he/she can get those to. UCA1 relayed certain US companies WU is interested in are careful about selling sensitive products overseas. UCA1 told WU the US government monitors the export of sensitive items. WU said he understood. WU said he understands ITAR. WU said he regularly provides end-use statement to vendors and understands some items are controlled as military items.



On June 10, 2016, approximately 1400 hours local time, UCA1 and UCA2 met with WU in Bangkok, Thailand to further discuss business. (Agent Note:  In casual conversation prior to the meet, WU said he was born in 1965.  This aligns with the date of birth (DOB) listed in records provided by Thai Customs indicating WU's DOB as 04/27/1965.)

**Date Approved**

9/21/2016

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

38

WWU001555



# DEPARTMENT OF HOMELAND SECURITY





## OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

WU reiterated his interest in the ▉▉▉▉ modem.  UCA1 showed a PDF of a ▉▉▉▉ modem to WU to confirm that was the product he requested.  WU responded affirmatively that he received the quotation and said the configuration for that modem is good.  He also stated that they could begin by ordering this modem first.   He agreed with the price and again said to start with the ▉▉▉▉ order.



UCA1 explained to WU that it's easier if he/she understands what is the purpose/objective of the items purchased.  WU responded that this is why the right configuration is very important. He said he tries to sell all the options to the customer, but it should be right.  UCA1 asked WU who the product is for.  WU responded, "Government communication".  UCA1 asked if it is for the military.  WU responded, "In the middle, for a Secretary department" "some Terrorism".  (Agent Note:  UCA1 understands this to mean the Ministry of Terrorism.)  WU also mentioned the product is for "some part of intelligence".  UCA1 asked WU to confirm he is an engineer and that he is able to inspect the configuration.  He affirmed.



**Date Approved**
9/21/2016

## OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WU001556



# DEPARTMENT OF HOMELAND SECURITY





## ICE

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

UCA1 explained that the products WU has requested cannot be sold to him because he is purchasing for the government of China, so he/she must be very careful. UCA1 explained that the UCA's government doesn't want this product going to the wrong people, so that's his/her concern and

**Date Approved**

9/21/2016

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

40

WWU001557



# DEPARTMENT OF HOMELAND SECURITY

ICE





OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

risk.  UCA1 said that's why UCA1 chooses to meet in Bangkok or Eastern Europe, because it's safer.  UCA1 mentioned travel to the U.S.  WU said he doesn't want to go.



WU asked where UCA1 sources the ████ from, the company itself or a 3rd party.  UCA1 said the ████ comes directly from the company, but other products he/she gets from a 3rd party.  WU proposed UCA1 send a picture of the product to determine if it's the right one.



**Date Approved**
9/21/2016

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

41

WWU001558



# DEPARTMENT OF HOMELAND SECURITY

## ICE



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/19/2016 13:51 EST                                                    Page 11 of 12



UCA1 started discussing filing company taxes, and mentioned sometimes they can have an IRS audit. UCA2 interjected by saying he understands what WU is asking. UCA2 asked WU if he wants "different" paperwork from them, implying falsely generated invoice information. WU confirmed. UCA1 suggested that WU tell them what he wants written on the contract, then when he comes to inspect, they'll have hard copies for him to sign and take back.

WU asked about how the money transfer will take place. UCA1 said bank transfer is the best. WU asked how they did it last time, and UCA1 reminded him that it was through PayPal – and WU nodded in agreement.

WU asked where he will go to inspect. UCA2 explained that he/she has a shipping company and they would meet in his/her office so that he could inspect.

WU repeated, he understood he will pay 30%, then go to inspect, then pay another 30%, and then the UCAs will ship it to him. He said he has to pay the 2nd 30% from the bank in China. Once confirmed, UCAs will ship. UCA2 asked whose name will be on the contract. WU said it will be his company's name.

UCA2 asked what type of product he wanted listed on the contract. WU said another name and change the part number. WU said he will provide this information on the contract. WU suggest describing the products as "electronic device."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| KRYPTO | LA03LT14LA0007-013 | 9/21/2016 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

42



**Leah Kim** <asianpacifictrade@gmail.com>                                    Sun, Oct 23, 2016 at 6:25 PM
To: Graham Sones <graham.sones@yahoo.com>

4-6 weeks lead time.

Sent from my iPhone

Begin forwarded message:

> **From:** Leah Kim <asianpacifictrade@gmail.com>
> **Date:** April 1, 2016 at 3:10:59 PM EDT
> **To:** davidwu2065@sina.cn
> **Subject: quote**
>
> David,
>
> Please see attached. We can discuss the terms of sale and delivery later when we meet.
>
> Leah

**Viasat Modem invoice (WU).pdf**
98K

WU001560



**Graham Sones** <graham.sones@yahoo.com>
Reply-To: Graham Sones <graham.sones@yahoo.com>
To: Leah Kim <asianpacifictrade@gmail.com>

Tue, Nov 1, 2016 at 11:40 PM

Dear Leah
we can begin to do this.
customer payment condition is 30% in advance
70% against arrival

WUU001561



**From:** Guppenberger, David J
**Sent:** Monday, November 21, 2016 10:22 AM
**To:** Phillips, Mario G
**Subject:** RE: Wire info

☑ 11/14/2016   WIRE TYPE:WIRE IN DATE: 161114 TIME:0547   ⊕   C   11,980.00
ET TRN:2016111400236602...

**Edit Description**

Type:   Credit
Description:   WIRE TYPE:WIRE IN DATE: 161114 TIME:0547 ET
TRN:2016111400236602 SEQ:161110089201000A/092405
ORIG:HONG KONG COTSWORLD TECHN
ID:OSA1101452444200 SND BK:WELLS FARGO NY INTL
ID:0509 PMT DET:ORE0030 71612039 PREPAYMENT



1

1/17/2017

Extraction Report

| From | To | All timestamps | Content | Deleted |
|------|-----|----------------|---------|---------|
| +8618612726827 * * * David WU * * * | | **Timestamp:** 1/2/2017 7:01:41 AM(UTC+0) | **Body:** i or my colleague arrived at FEB. 7th, leave at FEB.11th. is it ok? | |

vWU001563

46

1/17/2017

Extraction Report

| From | To | All timestamps | Content | Deleted |
|------|----|----|---------|---------|
| | | | | |
| +1 310-940-0184 ＊ ＊ ＊ | | **Timestamp:** 1/3/2017 7:17:07 PM(UTC+0) | **Body:** David, please remember that the ViaSat modem is prohibited to go to your end user, so I must be very careful who I'm working with. I agreed to work with you and we have built enough trust, but let's get through this first deal first. Please let me know when YOU are available. Feb 15-17 is much better for me now. Or later if you need more time. | |

VWU001564



# DEPARTMENT OF HOMELAND SECURITY



**ICE**

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/15/2017 19:20 EDT                                                                                          Page 2 of 4

## DETAILS OF INVESTIGATION

Agent Note: The following summary is not being represented as an exact duplication of all words, terms, phrases or statements exchanged between the subject and UCA1 and UCA2. Information provided below regarding the undercover meetings serves the purpose of summarizing the dialogue.  The conversation between WU and UCA1/UCA2 was recorded through the use of a video and audio recording device on UCA1's person.  Please refer to the case file for further information regarding the communication.

On February 8, 2017, at approximately 1547 hours local time, WU met UCA1 and UCA2 at the Aigli Café, Zappeio Park, Athens, Greece, where they discussed business over lunch.  WU stated he had never visited Greece before, but had visited Germany, France, Italy, Australia, and Austria.  WU asked UCA1 and UCA2 if it was acceptable to talk at the café, to which the UCAs advised it would be.  WU stated he did not want to use the "Viber" application any longer to communicate.

WU said he did not want the invoice for the ViaSat modems sent by email since the part numbers were sensitive.  WU also advised he did not want the ViaSat brand name anywhere on the paperwork, and that he preferred to hand carry the paperwork.  WU stated he did not need a contract; rather, he just needed a purchase order.

*** Agent's note: The RA and the UCAs interpreted WU's use of the term "sensitive" as "export-controlled." ***

UCA2 asked WU to identify what terms/phrases he wanted the UCAs to put on the paperwork since the item was controlled for export.  WU said he would provide a different part number that was not controlled for export for use on shipping paperwork.  UCA1 informed WU that the ▮▮▮▮ modem could be exported to the People's Republic of China (PRC), but not to the PRC government.  WU confirmed his end-user was the PRC Government.  Specifically, WU stated it was for an unidentified "…secretary department."

WU asked if the UCAs could ship the modems to Beijing.  UCA2 said that the items were in Greece at that time, which would "open up doors."  WU stated he wanted to receive the modems in Beijing, specifically to an address WU would provide to the UCAs.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ UCA1 said he/she was working on getting additional information on this device to WU.  WU said the MARIE was used by a Secretary of Anti-Terrorism Department.  WU said the ▮▮▮▮ 500 and ▮▮▮▮ modems were also going to the same Secretary of Anti-Terrorism.  UCA2 asked WU to provide them (UCAs) with a list

**Date Approved**

3/15/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE                                                      48

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WWU001565



# DEPARTMENT OF HOMELAND SECURITY

**ICE**



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

03/15/2017 19:20 EDT                                                                        Page 3 of 4

of desired items for this department.  WU stated he would look into the possibility of getting
the list at a later time.

WU stated he wanted to order another ▇▇▇▇ 500 as well as a ▇▇▇▇ 1000.  WU said his customer
would want these products in June or August 2017.  WU also stated he was interested in the L-3
Modem he previously identified to UCA1.  (Agent note: This item is ITAR-controlled.)  The UCAs
told WU the ▇▇▇▇▇ and L-3 products were ITAR-controlled.  The UCAs stated the ▇▇▇▇ electronic
surveillance product WU previously requested was manufactured in Israel, and that the UCAs were
unsure if it was controlled for export.  WU stated these products were all for his same customer
in the PRC.  WU also requested information on a submarine sonar device that records acoustic
sounds underwater, and was manufactured by a company known as ▇▇▇▇ ”  WU provided the UCAs with
a part number for this device.  WU said the item was for civilian and military use.  WU said he
would need two or three of these items (NFI).  WU stated his orders originated from the
“purchasing guy” at the “purchasing center of the secretary department.”

WU stated he wanted the UCAs to send him a template so he could list the part number on the
invoice.  WU advised he did not care if the UCAs signature was on the invoice or not.  WU said
he would pay UCA1 after receiving the product.  WU said if the product worked properly, UCA1
would receive final payment within 2 weeks.  WU added he would like to continue to deal with the
UCAs on a long term basis.  WU said that he had a very good relationship with his customer, and
reiterated that the technology he was seeking was for the Anti-Terrorism Secretary in the PRC.
(Agent Note: It was not completely intelligible, but it appeared that WU stated the technology
was for law enforcement purposes as WU clearly mentioned the technology would support the anti-
terrorism secretary and assist with obtaining evidence for courts.)

On February 9, 2017, at approximately 1055 hours local time, WU met the UCAs at the Divani
Caravel hotel, Leof. Vasileos Alexandrou 2, Athens, Greece, 161 21.  WU mentioned his friend was
arriving from Germany later that day.  WU and the UCAs began examining product literature.  WU
mentioned that he would provide a non-sensitive part number to replace the part number in the
product documentation for the modem.  WU also reiterated his desire to communicate via his alias
email, “graham.sones@yahoo.com.”

The UCAs opened a box containing two ▇▇▇▇ modems for WU to inspect.  WU began to inspect the
items after they were removed from the box.  (Agent Note: The two modems were both inoperable
unbeknownst to WU.)  WU decided to plug in one of the modems to test and inspect the item.  WU

---

**Date Approved**

3/15/2017

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WWU001566



# DEPARTMENT OF HOMELAND SECURITY

## ICE





OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/15/2017 19:20 EDT                                                                                    Page 4 of 4

stated he believed the modem was working, but he continued to monitor the devices display, apparently monitoring the device's self-diagnostic information. WU was satisfied with the inspection.

WU reiterated his desire to order the ▆▆▆ 500 and ▆▆▆ 1000 software. WU also reiterated his interest in acquiring the ▆▆▆ sonar hydrophone. WU said he did not want the exportable version as he wanted the series of products he could not get (i.e., he wanted the hydrophone that required an export license from the U.S. government as opposed to the one that did not). WU stated he wanted to order this product for "the university," and clarified it is for an "ocean university." WU added he would need two or three of these products. WU also said he was interested in the ▆▆▆RT 7000. UCA1 mentioned that product was Mil Standard and was likely ITAR-controlled. UCA1 stated they needed to proceed cautiously because of the military nature of that product. WU acknowledged this would be for his PRC customer.

WU said he would send a message to UCA1 with the shipping address on Skype or Viber within the next week. WU said Beijing would be his preferred port of delivery. WU then agreed to leave the hotel room, and go to lunch with the UCAs.

                                                                                    Date Approved

                                                                                    3/15/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE                                            50

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

VWU001567



# DEPARTMENT OF HOMELAND SECURITY

## ICE



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/15/2017 19:18 EDT

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION


On January 12, 2015, the Directorate of Defense Trade Controls (DDTC) within DOS checked for the license history of the following subjects, and reported no license history on file:


- Tian Min WU

- Cotstech Technology and Trading, China

- Creation Foundation Technology Limited, China


On February 17, 2017, DDTC checked for the license history of the following subjects, and reported no license history on file:


- David WU

- Graham Sones

- Cotsworld Tech

- Cots World Tech


On February 7, 2017, the Bureau of Industry and Security (BIS) within the Department of Commerce checked for the license history of the following subjects, and reported no license history on file:


- Tian Min WU

**Date Approved**

3/15/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

51

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WVU001568



# DEPARTMENT OF HOMELAND SECURITY

## ICE



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/15/2017 19:18 EDT

- Bob WU

- David WU

- Cotstech Technology & Trading, China

- Creation Foundation Technology, China

- Graham Sones

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

WU001569

# EXHIBIT C

53
WU001570

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    3 |
|---|---|
|  |  |

Pre-Meet Email Communication:

As mentioned in ROI #5 under this case number, an HSI LA CPIC undercover agent (UCA1) "attempted" to ship the ████ 500 encryption software to "Bob" (later identified as Tianmin WU) in Beijing, People's Republic of China (PRC).  The shipment was "seized" by U.S. Customs and Border Protection (CBP) because there was no export license for the software.  After informing WU of the aforementioned, UCA1 offered to sell an additional ████ 500 software suite to WU, but only if he agreed to meet in-person to discuss the terms.  WU subsequently agreed to meet UCA1 in Bangkok, Thailand on May 2, 2014.

On April 22, 2014, WU sent an email containing his travel and lodging information while in Bangkok to UCA1.  According to the email, WU was set to arrive in Bangkok on May 1, 2014 at 1435 hours on China Eastern Airlines flight MU741, which originated in Kunming, PRC.  WU was scheduled to depart Bangkok on May 3, 2014 at 1520 hours on China Southern Airlines flight CZ376 to Shantou, PRC.  WU stated he would stay at the Grande Centre Point Ratchadamri Hotel in Bangkok, and would travel there by airport link.

On April 25, 2014, WU sent an email to UCA1 stating that he preferred to meet at a hotel.  On April 29, 2014, UCA1 sent an email to WU suggesting they meet at the JW Marriott Hotel lobby on Sukhumvit Road in Bangkok at 1400 hours (local) on May 2, 2014.  UCA1 stated that his/her partner (UCA2) was also in Bangkok, and he/she (UCA1) wanted to introduce him/her (UCA2) to WU.  UCA1 explained to WU that UCA2 handled most of UCA1's European procurement and logistic business.  UCA1 also advised WU that UCA2 was aware of their recent difficulties, and was in a position to offer alternative delivery options.  UCA1 cc'd UCA2 on this email, and WU replied to both stating, "OK!"

On May 1, 2014, UCA1 sent an email to WU explaining that he/she would not be able to meet with him (WU), but UCA2 would meet him as planned.  UCA1 told WU that UCA2 knows the purpose of the meeting and their previous business transaction, and would negotiate on his/her behalf.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

WWU001571

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE     4 |
| --- | --- |

On May 1, 2014, WU sent an email to UCA2 introducing himself, and asked what time he/she wanted to meet.  UCA2 responded with the same place and time, JW Marriott Hotel lobby at 1400 hours on May 2, 2014.  UCA2 also provided WU with his Polish cellular number (+48 22 209 8972).  WU responded by giving UCA2 his new local number (+09 05 07 02 646).

Undercover Meeting with WU and UCA2:

The following summary is not being represented as an exact duplication of all words, terms, phrases or statements exchanged between the subject and UCA2. Information provided below regarding the undercover meeting serves the purpose of summarizing the dialogue.  The conversation between WU and UCA2 was recorded through the use of a video and audio recording device UCA2's person. For further information regarding the communication, refer to the case file.

On May 2, 2014, UCA2 arrived at the JW Marriott Hotel on Sukhumvit Road in Bangkok, and entered the lobby at approximately 1340 hours.  UCA2 and three cover agents sitting in the vicinity observed WU as he arrived.  WU did not immediately recognize or engage UCA2.

*** Agent's note: Agents identified WU using photos obtained from Thai Immigration documents when he (WU) arrived at the Bangkok airport.  WU was wearing khaki pants, a red- and blue-striped long sleeve t-shirt, wire rimmed glasses, and was bald.  The shirt appeared to be the same shirt in the immigration photo.  HSI agents received a copy of a passport identifying Bob WU as Tianmin WU, a Chinese national, from Royal Thai Immigration personnel. ***

At approximately 1350 hours, UCA2 called the cellular number (+90 05 07 02 646) provided by WU the day before.  UCA2 witnessed WU answer the phone, and begin speaking to him (UCA2).

WU approached UCA2, and began to engage him/her in conversation.  The following are excerpts from the conversation:

-       WU told UCA2 that he is from an area north of Beijing, and that he speaks Mandarin.  WU stated this was his first visit to Bangkok.

-       UCA2 mentioned to WU that the ████ 500 is controlled for export from the U.S., and WU responded by nodding his head in agreement and stating, "ITAR".

-       WU mentioned the U.S. Customs seizure, and expressed concern for UCA1's future business, i.e., the risk and future monitoring.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

VWU001572

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   5 |
|---|---|
| | |

*** Agent's note: On April 10, 2014, UCA1 sent an email to WU stating that he/she was "on the government's radar" due to the seizure, and was concerned about his/her business. ***

- UCA2 referred to an email UCA1 sent to WU wherein he/she advised that he/she would be charging WU a risk fee of 25% for exporting the ████████ 500 to him (WU) in the PRC.  UCA2 stated this was part of doing business.  WU responded to this statement by stating "Yes."

- WU stated that he promised to deliver the ████████ 500 to his "customer" last month (i.e., April).

- UCA2 stated to WU that he could deliver a second ████████ 500, which is ITAR-controlled, to Saipan to give to WU without any problems.

- WU asked how he could bring the ████████ 500 software through Customs in Japan.

*** Agent's Note: Throughout the conversation, WU repeatedly mixes up Saipan with Japan. ***

- UCA2 said he would meet WU at the terminal, past Customs.  WU responded that he understood.  UCA2 said, "I can't force you to do anything and it's your choice."  WU replied, "Yes, it's my choice."  UCA2 continued discussing a second transaction of the Krypto 500, the risks involved in shipping, the fact that it is ITAR-controlled, and why he/she prefers to deliver the product in person.

- WU asked if the software could be copied and emailed, but then stated that it wouldn't work because he needed the secure dongle and original software.

- UCA2 referred to an email sent by WU to UCA1 with the name "Tian Zhong WU," and the address he provided.  WU stated that the name is not his, and the address is an apartment that is not related to the government.  WU stated the person living at the address is a trusted individual who knows about the shipment.  WU explained that he receives a call from this individual when a package arrives.

- UCA2 and WU negotiated, and agreed on, the price for the second ████████ 500 ($11,500), but said he would only pay upon delivery.

- WU explained how he didn't know how UCA1 knew him, and that UCA1 contacted him about an antenna.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

WWU001573

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    6 |
| --- | --- |
|  |  |

\*\*\* Agent's note: On June 10, 2013, UCA1 sent an introductory email to WU, and stated that he/she could provide a quote for the ▓▓▓▓T-4000 High Gain Antenna.  WU had originally sent a request for a quote for the T-4000 High Gain Antenna to ▓▓▓▓ the manufacturer.  TECOM subsequently referred this lead information to the RA.  The T-4000 High Gain Antenna is a U.S. Munitions List (USML) commodity, and is controlled for export under ITAR.

- WU stated that although he didn't know UCA1, he paid the full amount for the first ▓▓▓▓ 500.  So, for the second purchase, his one condition is that he would only pay upon delivery.

- UCA2 produced two invoices that UCA1 had previously sent to WU, and asked if he (WU) needed another.  WU said he didn't need additional invoices at that time, but would send an email if he needed them.

- WU provided UCA2 with a handwritten list of five different products and companies, and asked UCA2 to look into procuring them for him.  WU then suggested that they change email addresses.  UCA2 agreed, and said that they should change their identities to Disney characters, like Mickey Mouse and Goofy.  WU smiled, and nodded his head.

\*\*\* Agent's note: In the opinion of the RA, WU suggested changing email addresses to avoid detection by law enforcement. \*\*\*

- WU did not have any business cards with him, and said it might be better if they don't provide each other with their real names because it's better for business and because of the nature of their business.

At 1458 hours, UCA2 and WU went outside to smoke a cigarette.  At 1505 hours the meeting ended, and WU departed on foot.

Post-Meet Email Communication:

On May 7, 2014, UCA1 sent an email to WU to discuss payment of the second ▓▓▓▓ 500, and to propose meeting in Saipan to deliver it.  On May 8, 2014, WU responded that he would pay the full amount ($11, 500) upon receipt of the software.

On May 11, 2014, UCA1 sent an email to WU agreeing to payment after delivery, and stated that payment should be in cash and U.S. dollars.  UCA1 asked for confirmation that they would meet in Saipan.  WU responded that he would pay in cash in Saipan, and that he expected UCA2 to deliver the Krypto 500 to him after he goes through Customs and prior to boarding his flight to the PRC.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

WWU001574

# EXHIBIT D

WU001575



# DEPARTMENT OF HOMELAND SECURITY

**ICE**



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

On February 23, 2017, the RA telephonically interviewed ▓▓▓▓▓▓ ▓▓▓▓▓▓ is the Vice-President of ▓▓▓▓, the manufacturer of the ▓▓▓▓ 500 decoder. The RA asked ▓▓▓▓▓▓ to describe the ▓▓▓▓ 500's application. ▓▓▓▓▓▓ stated the ▓▓▓▓ 500 is a decoder and defense article utilized for defense-related communications applications, and is controlled for export under International Traffic in Arms Regulations (ITAR). ▓▓▓▓▓▓ said the ▓▓▓▓ 500 covers Very High Frequency (VHF) to Ultra High Frequency (UHF) signals, and operates in the Radio Frequency (RF) spectrum only. ▓▓▓▓▓▓ added that in addition to decoding communication signals, the ▓▓▓▓ 500 analyzes, collects, and classifies communication signals.

**Date Approved**

2/27/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

VWU001576

# EXHIBIT E

WU001577



# DEPARTMENT OF HOMELAND SECURITY

**ICE**



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/01/2017 14:42 EST                                                          Page 2 of 3

## DETAILS OF INVESTIGATION

On February 22, 2017, the RA telephonically interviewed ▮▮▮▮   The RA asked ▮▮▮▮to describe the ▮▮▮▮ MD-1366 EBEM modem's application.  Usher told the RA she would provide an email response.

On February 27, 2017, ▮▮▮▮ sent an email containing, in part, the following description of the MD-1366 EBEM modem.

"The ▮▮▮▮ MD-1366 EBEM modem is the new FDMA (Frequency Division Multiple Access) standard and next state-of-the-art modem to support the communications, command, and control requirements of today's highly mobile, joint U.S. forces using military and commercial satellites at C-, X-, Ku- and Ka-band frequencies. In addition, the MIL-STD-188-165 Working Group plans to incorporate the advanced features and capabilities of the MD-1366 EBEM into MIL-STD-188-165B that will supersede MIL-STD-188-165A.

**Date Approved**

3/1/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE                                    61

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

VWU001578

# EXHIBIT  F



**United States Department of State**

*Bureau of Political-Military Affairs*
*Directorate of Defense Trade Controls*

*Washington, D.C. 20522-0112*
OCT 0 4 2016

In Reply refer to
████████████████

YOUR SUBMISSION DATED: August 18, 2016

COMMODITY JURISDICTION DETERMINATION FOR: ████████████
**Software**

The product described in your submission is a software package manufactured by
████████████████ LLC and used in decoding signals intelligence (SIGINT).

A technical review of your commodity jurisdiction (CJ) request has been
concluded by requisite agencies of the United States government. The findings of
that technical review are:

The Department of State has determined that ████████████ **Software is subject to
the jurisdiction of the Department of State.** It has been designated as software
specially designed for intelligence purposes under Category XI(b) of the United
States Munitions List (USML). A license or other approval is required pursuant to
the ITAR prior to any export or temporary import of this article.

Should you not concur with this determination and have additional facts not
included in the original submission, you may submit a new CJ request. If you do
not concur with this determination and have no additional facts to present, then you
may request that this determination be reviewed by the Deputy Assistant Secretary
of State for Defense Trade Controls.

Continued on Page Two

Special Agent Mario Phillips
Homeland Security Investigations

████████████████████

Page Two

In Reply refer to
DDTC Case CJ 0499-16

Should you require further assistance on this matter, please contact Kirk Bennett █

Sincerely,

C. Edward Peartree
Director
Office of Defense Trade Controls Policy

# EXHIBIT G

65
WU001582

**License Determination**

███████

**Date of Completion:**
**May 23, 2016**



**UNITED STATES DEPARTMENT OF COMMERCE**
**BUREAU OF INDUSTRY AND SECURITY**
**WASHINGTON, D.C. 20230**

---

**Agency Reference Number:** ████████████████

**Witness(es):**   Technical: Michael Pender / ████████████

**Commodity Description:** Item (Spec sheet attached) is manufactured by ███████ and
is a ██████████, Enhanced Bandwidth Efficient Modem (██████████████████
**Manufacturer:** ██████
**Requested Start/End Dates:** March 23, 2016 - March 23, 2016
**Intermediate Countries:**
**Destination Country:** China

### Determination Details
**Start Date:** March 23, 2016 **End Date:** March 23, 2016
**BIS License Required:**  Yes
**ECCN:** 5A002.A1
**Reason(s) for Control:**  Anti-Terrorism, National Security
**Policy Text:**
A license is required for the export of national security controlled items to China. However,
the transaction would be eligible for the ENC license exception if the end user is not a
government end user.

Catherine Wheeler, Division Director
BIS/EA/STC/IT



Page 1 of 1

███████████████████████████████████████████

1  EILEEN M. DECKER
   Εισαγγελέας των Ηνωμένων Πολιτειών
2  PATRICK R. FITZGERALD
   Βοηθός εισαγγελέα των Ηνωμένων Πολιτειών
3  Διευθυντής Τμήματος Εθνικής Ασφάλειας
   MARK TAKLA (Αριθ. δικηγ. συλ. Καλιφόρνια 218111)
4  Βοηθός εισαγγελέα των Ηνωμένων Πολιτειών
   Μονάδα καταπολέμησης της τρομοκρατίας και των εγκλημάτων εξαγωγών
5      Γραφείο Εισαγγελέα των Ηνωμένων Πολιτειών
       411 West Fourth Street, Suite 8000
6      Santa Ana, California 92701
       Τηλ.:      +1 714 338-3591
7      Φαξ:       +1 714 338-3561
       Email:     mark.takla@usdoj.gov
8
   Δικηγόροι του ενάγοντος
9  ΗΝΩΜΕΝΕΣ ΠΟΛΙΤΕΙΕΣ ΑΜΕΡΙΚΗΣ

10              ΠΕΡΙΦΕΡΕΙΑΚΟ ΔΙΚΑΣΤΗΡΙΟ ΤΩΝ ΗΠΑ

11          ΓΙΑ ΤΗΝ ΚΕΝΤΡΙΚΗ ΠΕΡΙΦΕΡΕΙΑ ΤΗΣ ΚΑΛΙΦΟΡΝΙΑ

| | |
|---|---|
| 12  ΗΝΩΜΕΝΕΣ ΠΟΛΙΤΕΙΕΣ ΑΜΕΡΙΚΗΣ, | Αριθ. CR 17-00081 |
| 13          ενάγων | ΣΥΜΠΛΗΡΩΜΑΤΙΚΗ ΕΝΟΡΚΗ ΒΕΒΑΙΩΣΗ ΤΟΥ MARK TAKLA ΠΡΟΣ ΣΤΗΡΙΞΗ ΤΟΥ |
| 14          εναντίον | ΑΙΤΗΜΑΤΟΣ ΕΚΔΟΣΗΣ ΤΟΥ ΤΙΑΝ ΜΙΝ WU |
| 15  ΤΙΑΝ ΜΙΝ WU,<br>    γνωστού και ως «Bob Wu»,| |
| 16     γνωστού και ως «David Wu»,<br>    γνωστού και ως «Graham Sones»,| |
| 17     γνωστού και ως «Edward Wang», | |
| 18          εναγομένου. | |

19

20      Εγώ, Ο MARK TAKLA, υπό όρκο, καταθέτω και δηλώνω τα εξής:

21      1.    Εξέτασα το φάκελο της προαναφερθείσας υπόθεσης και παρέχω

22  εδώ τα αποδεικτικά στοιχεία στα Τεκμήρια Α έως Ζ που στηρίζουν το

23  ένταλμα σύλληψης, την καταγγελία και την ένορκη βεβαίωση του Jeremy

24  Ding που παρέχονται στο πακέτο έκδοσης.  Τα Τεκμήρια Α έως Ζ έχουν

25  στόχο να παράσχουν στήριξη για το ένταλμα σύλληψης, την καταγγελία

26  και την ένορκη βεβαίωση του Jeremy Ding, και δεν περιέχουν όλα τα

27  έγγραφα και τα αποδεικτικά στοιχεία που έχουν συγκεντρωθεί σε αυτή

28  την υπόθεση.

WU001584

2.     Τα Τεκμήρια Α έως Ζ περιλαμβάνουν δηλώσεις μαρτύρων, αρχεία οικονομικών καταστάσεων καθώς και email και μηνύματα SMS μεταξύ του μυστικού πράκτορα («ΜΠ1») του τμήματος ερευνών εσωτερικής ασφάλειας («HSI») και του ατόμου που αποτελεί αντικείμενο της έρευνας, TIAN MIN WU («WU»).

3.     Έχουν παραληφθεί τα ακόλουθα στοιχεία: (1) αναγνωριστικά στοιχεία του πωλητή των σχετικών προϊόντων και (2) στοιχεία που δεν σχετίζονται με το αίτημα έκδοσης (πράγμα που μειώνει επίσης το κόστος της μετάφρασης).

4.     Παρότι κάποιες δηλώσεις έπονται της έκδοσης του εντάλματος σύλληψης, τα στοιχεία που δόθηκαν από τους μάρτυρες υπήρχαν εκ των προτέρων και χρησιμοποιήθηκαν για την απόκτηση του εντάλματος. Αφότου εκδόθηκε το ένταλμα, τα στοιχεία που δόθηκαν από τους μάρτυρες αποτυπώθηκαν σε μια έκθεση.

Συντάχθηκε σήμερα _____ Μαρτίου 2017, στη Σάντα Άνα της Καλιφόρνια, Ηνωμένες Πολιτείες Αμερικής.


_____
MARK TAKLA
Βοηθός εισαγγελέα των Ηνωμένων Πολιτειών


Υπεγράφη το παρόν και εξεδόθη όρκος ενώπιόν μου σήμερα ___27___ Μαρτίου 2017 στη Σάντα Άνα της Καλιφόρνια.


_____
DOUGLAS F. McCORMICK
ΑΝΩΤΑΤΟΣ ΔΙΚΑΣΤΗΣ ΤΩΝ ΗΝΩΜΕΝΩΝ ΠΟΛΙΤΕΙΩΝ

WU001585

# ΤΕΚΜΗΡΙΟ Α

WU001586

WU001587





## ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ

**ICE**

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

9/3/2017 20:51 ώρα ανατολικών ΗΠΑ                                                                      Σελ. 2 από 2

*ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ*

Περίπου στις 5 Ιουνίου 2013, ο/η ▮▮▮▮▮▮▮▮ πληροφόρησε την ειδική πράκτορα του HSI, Kimberly Long, ότι ο/η υπάλληλός του/της ▮▮▮▮▮▮▮ , ανώτερος/η μηχανικός, δέχτηκε ένα ύποπτο αίτημα μέσω της ιστοσελίδας της εταιρίας (τμήμα διαδικτυακών πωλήσεων – sales@▮▮▮▮▮▮ ).   Το αίτημα, το οποίο αφορούσε μια κεραία υψηλής απολαβής ▮▮▮▮▮▮ T-4000, προερχόταν από τον WU που χρησιμοποιούσε την ηλεκτρονική διεύθυνση «bob2099@sina.com». Στο ηλεκτρονικό μήνυμα, ο WU ισχυριζόταν ότι ήταν μέλος μιας εμπορικής εταιρίας από την «ηπειρωτική Κίνα».   Βάσει εξέτασης της κεφαλίδας του ηλεκτρονικού μηνύματος και των στοιχείων εγγραφής της ιστοσελίδας, καθορίστηκε ότι ο WU βρισκόταν στη Λαϊκή Δημοκρατία της Κίνας (ΛΔΚ).

Ο κ. ▮▮▮▮▮ προώθησε το αίτημα στον υπεύθυνο ασφαλείας εγκαταστάσεων της ▮▮▮▮▮, και οι πληροφορίες κατέληξαν στην ειδική πράκτορα Long. Η εξέταση του αρχικού ηλεκτρονικού μηνύματος της ειδικής πράκτορα Long αποκάλυψε τα εξής:

1.  Περίπου στις 30 Μαΐου 2013, ο/η ▮▮▮▮▮ έλαβε ένα ηλεκτρονικό μήνυμα από τον WU με ηλ. διεύθυνση bob2099@sina.com που δήλωνε: «Είμαστε από την Κίνα, την ηπειρωτική, μία εμπορική εταιρία, και ενδιαφερόμαστε για την κεραία σας, την κεραία υψηλής απολαβής T-4000, μπορείτε να μας δώσετε μια προσφορά τιμής για αυτήν; Θα μπορούσαμε να είμαστε συνεταίροι σας στην Κίνα, την ηπειρωτική; Με εκτίμηση, Bob»

Ημερομηνία έγκρισης

9/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000420

ΤΕΚΜΗΡΙΟ B

WU001588

 

Leah Kim <asianpacifictrade@gmail.com>

## Κεραία υψηλής απολαβής T-4000

14 μηνύματα

**Leah Kim** <asianpacifictrade@gmail.com>                    Δευτέρα 10 Ιουνίου 2013, 6:04 μ.μ.
Προς: bob2099@sina.com

Αγαπητέ Bob,

Είμαι η Leah Kim από την Asian Pacific Trade. Είμαι ανεξάρτητη μεσάζοντας και εξυπηρετώ
συχνά πελάτες που αναζητούν εξαρτήματα αεροπορικού και στρατιωτικού εξοπλισμού. Η βάση
μου είναι στην περιοχή του Λος Άντζελες και έχω πρόσβαση σε διάφορες κατασκευαστικές
εταιρίες και εταιρίες προϊόντων άμυνας μικρού ως μεγάλου μεγέθους.  Επιπλέον γνωρίζω καλά
τις διαδικασίες εξαγωγής και αποστολής. Βλέπω ότι ενδιαφέρεστε να αγοράσετε την **κεραία
υψηλής απολαβής T-4000**▉▉▉. Παρακαλώ πείτε μου πόσες θα θέλατε να αγοράσετε και
ποιος θα είναι ο τελικός χρήστης ώστε να σας στείλω προσφορά τιμής.

Χαιρετισμούς,
Leah Kim
Asian Pacific Trade

**bob2099** <bob2099@sina.com>                    Πέμπτη 13 Ιουνίου 2013, 12:15 π.μ.
Ηλ. διεύθυνση για απάντηση: bob2099  <bob20S9@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Αγαπητή Leah,
Χαίρομαι που λαμβάνω το email σας.
Ο πελάτης μας αποφάσισε να χρησιμοποιήσει μηχανικά κατευθυνόμενη κεραία επειδή δεν έλαβε
απάντηση από αυτή την εταιρεία. Ωστόσο μπορείτε να μου δώσετε μια προσφορά τιμής και θα τη
δείξω ξανά στον πελάτη μας.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Ο τρίτος πελάτης με ρώτησε για ένα λογισμικό - ▉▉▉ 500 και βάση δεδομένων σημάτων υψηλής συχνότητας, γίνεται; -
http://www. ▉▉▉ com, μου είπε ότι χρειάζεται 2-3 μήνες για να πάρει έγκριση.
Έχουμε διάφορες παραγγελίες σε διάφορες χρονικές στιγμές, ίσως μπορούμε να κάνουμε κάτι μαζί.

Η Asian Pacific Trade είναι μία εταιρία και εσείς είστε κάτοχος της ή εργάζεστε για αυτήν; Υπάρχει
κάποια ιστοσελίδα; Έρχεστε συχνά στην Κίνα;

πήραμε τρεις μέρες άδεια γι' αυτό καθυστερήσαμε να σας απαντήσουμε!

Με εκτίμηση
Bob

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4/1WU000086

WU001589

**Leah Kim <asianpacifictrade@gmail.com>**  Πέμπτη 13 Ιουνίου 2013, 9:00 π.μ.
Προς: bob2099 <bob2099@sina.com>

Αγαπητέ Bob,

Ταξιδεύω αυτή τη στιγμή αλλά θα αρχίσω να ετοιμάζω τις προσφορές τιμής για τα είδη που ζητάτε όσο το δυνατόν συντομότερα.

Είμαι ανεξάρτητη μεσάζοντας και η Asian Pacific Trade είναι η επιχείρησή μου. Φτιάχνω την ιστοσελίδα μου αλλά είμαι πάρα πολύ απασχολημένη με την ολοκλήρωση παραγγελιών! Θα χρειαστεί να προσλάβω βοήθεια σύντομα.

Σωστά υποθέτω ότι ο πελάτης σας είναι η ηπειρωτική Κίνα; Γνωρίζοντας αυτό θα μπορέσω να υπολογίσω τον προβλεπόμενο χρόνο παράδοσης, καθώς και τις κρατικές απαιτήσεις αδειοδότησης.

Όσον αφορά την κεραία υψηλής [απολαβής] T-4000, έχω προσφορά τιμής για μια και μοναδική αγορά αλλά χρειάζομαι να ξέρω λεπτομέρειες, όπως πληροφορίες για τον τελικό χρήστη. Παρακαλώ στείλτε τες μου όσο το δυνατόν συντομότερα και θα σας παράσχω τις πληροφορίες.

Χαιρετισμούς,
Leah Kim
Στάλθηκε από το iPhone μου
(Το παρατιθέμενο κείμενο έχει αποκρυφθεί)

---

**bob2099 <bob2099@sina.com>**  Πέμπτη 13 Ιουνίου 2013, 11:57 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Αγαπητή Leah,

Ο τελικός χρήστης είναι η Shanghai Changjiang Shipping Corp.

bob2099



4/1 WU00008 WU001590



**Leah Kim** <asianpacifictrade@gmail.com>
Προς: bob2099 <bob2099@sina.com>

Τετάρτη 26 Ιουνίου 2013, 5:38 μ.μ.

Bob,

Μία μοναδική άδεια για το ▮▮▮▮▮▮ 500 κάνει 11.500 $ συν τα επιπλέον τέλη ρίσκου μου 25%. Η βάση δεδομένων σημάτων υψηλής συχνότητας  είναι μια υπηρεσία με συνδρομή που κοστίζει 2.000 $ το χρόνο. Ωστόσο, όπως και η Τ-4000, και τα δύο αυτά είδη έχουν περιορισμό ως προς την εξαγωγή στην Κίνα εφόσον ελέγχονται από τον  ΚΔΕΟ. Πείτε μου τι θα ήθελε να κάνει ο πελάτης σας

4/WU000089

WU001591

███████████████████████████████████████████████

και θα δω τι μπορούμε να κάνουμε για να λύσουμε τα προβλήματα αποστολής.

Χαιρετισμούς,
Leah
[Το παρατιθέμενο κείμενο έχει αποκρυφθεί]

---

**bob2099@sina.com** <bob2099@sina.com>                    Πέμπτη 27 Ιουνίου 2013, 6:29 π.μ.
Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>
Κοιν.: bob2099 <bob2099@sina.com>

Μια μοναδική άδεια για το ██████ 500 κοστίζει 11.500 $, περιλάμβανει μία βάση δεδομένων σημάτων· δε χρειαζόμαστε την υπηρεσία ενημέρωσης της βάσης δεδομένων σημάτων υψηλής συχνότητας ανά έτος.

ποιοι είναι οι όροι πληρωμής σας; και ο χρόνος παράδοσης;

--------[Κινεζικοί χαρακτήρες]--------
[Κινεζικοί χαρακτήρες]: Leah Kim <asianpacifictrade@gmail.com>
[Κινεζικοί χαρακτήρες]: bob2099 <bob2099@sina.com>
[Κινεζικοί χαρακτήρες]: Απάντ.: Απάντ.: Κεραία υψηλής απολαβής Τ-4000
[Κινεζικοί χαρακτήρες]: 27 Ιουνίου 2013, 8:38 π.μ.

---

**Leah Kim** <asianpacifictrade@gmail.com>                    Πέμπτη 27 Ιουνίου 2013, 7:42 μ.μ.
Προς: bob2099 <bob2099@sina.com>

Bob,

Ναι, η μία και μοναδική άδεια κάνει 11.500 $ συν, μέχρι 25% επιπλέον. Χρέωση για την παράδοση. Η βάση δεδομένων σημάτων πολυμέσων παραδίδεται μια φορά το μήνα, εξού η ετήσια χρέωση συνδρομής 2.000 $ που χορηγείται μέσω email. Ελπίζω αυτό να απαντήσει σωστά στην ερώτησή σας.

Αν αποφασίσουμε να συνεργαστούμε για την αγορά του ██████ 500 ή της Τ-4000, τότε πρέπει να σας ζητήσω να ΜΗΝ επικοινωνήσετε ██████ ούτε ██████. Εφόσον αυτά τα είδη είναι ελεγχόμενα από τον ΚΔΕΟ [Κανονισμό για το διεθνές εμπόριο όπλων] και απαιτούν άδειας εξαγωγής από το Υπουργείο Εξωτερικών των ΗΠΑ, θα είναι αδύνατο για εσάς να αγοράσετε απευθείας από την εταιρία. Και θα είναι αδύνατο για εμένα να βγάλω άδεια. Αυτό είναι για να με προστατέψει από το να αντιμετωπίσω πρόβλημα με τις αμερικανικές αρχές και γι' αυτό το λόγο χρεώνω τέλη ρίσκου 25% επιπλέον της τιμής πώλησης.

Όσον αφορά το χρόνο παράδοσης, το ██████ 500 θα πάρει περίπου 2-3 εβδομάδες. Απαιτώ 11.500 $ εκ των προτέρων, κι έπειτα ένα επιπλέον 25% (2.875 $) κατά την παράδοση. Το συνολικό ποσό πληρωμής είναι 14.375 $.

Η κεραία Τ-4000 ██████ κατασκευάζεται κατά παραγγελία και θα χρειαστούν περίπου 6-8 εβδομάδες για να φτιαχτεί.

Δέχομαι διάφορους τρόπους πληρωμής. Εξαρτάται πραγματικά από το τι αγοράζετε και από το ποσό της συναλλαγής. Συνήθως, τους καινούριους πελάτες προτιμώ να τους συναντώ αυτοπροσώπως σε μια 3η χώρα για να σιγουρεύομαι ότι είναι πραγματικοί πελάτες. Αυτό δίνει και σε εσάς την ευκαιρία να αισθανθείτε άνετα μαζί μου. Πρόκειται για ακριβές και ευαίσθητες συναλλαγές, και θέλω και οι δυο μας να αισθανόμαστε άνετα μεταξύ μας.

Πείτε μου αν αυτό σας είναι δυνατόν. Εγώ έχω μεγάλη ευελιξία.
Χαιρετισμούς,

5 από 6                                                     4/1 WU000090                    WU001592



Leah Kim <asianpacifictrade@gmail.com>

⑤

---

Τρόφιμα
28 μηνύματα

---

**bob2099** <bob2099@sina.com>                                      Πέμπτη 27 Ιουνίου 2013, 8:13 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Αγαπητή Leah,
Μου είναι αδύνατο να πάω σε 3η χώρα να σας συναντήσω αλλά πραγματικά μπορούμε να συζητήσουμε
πώς να συνεχίσουμε να κάνουμε το Krypto, χρειαζόμαστε χρόνο για να δημιουργήσουμε εμπιστοσύνη
μεταξύ μας.
Μπορούμε να ξεκινήσουμε με το Krypto αν εσείς μπορείτε πραγματικά να κάνετε.

Αλλάζω το Θέμα και το όνομα του προϊόντος -Krypto.

bob2099



1 από 9

4/1WU000106

WU001593



Leah Kim <asianpacifictrade@gmail.com>

[Κινεζικοί χαρακτήρες]: Απάντ: Απάντ: Απάντ.: Τρόφιμα
2 μηνύματα

**bob2099@sina.com** <bob2099@sina.com>                    Τρίτη 2 Ιουλίου 2013, 6:45 π.μ.
Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

να συναντηθούμε σε 3η χώρα και εγώ δίνω λεφτά και μετά εσείς μου δίνετε το λογισμικό, έτσι;

Μπορούμε να συναντηθούμε σε Κίνα να κάνουμε αυτό;

**Leah Kim** <asianpacifictrade@gmail.com>                    Τρίτη 2 Ιουλίου 2013, 8:58 π.μ.
Προς: "bob2099@sina.com" <bob2099@sina.com>

Ναι. Ακριβώς. Ωστόσο, όχι στην Κίνα. Μια άλλη ασιατική χώρα είναι καλύτερα για
μένα, όπως Ταϊλάνδη, Αυστραλία, Σαϊπάν, κλπ.



1 από 1                                                      4/1WU000092

WU001594



**GMail** by Google

Leah Kim <asianpacifictrade@gmail.com>

---

**Από Bob**
1 μήνυμα

---

**bob_wu** <bob_wu@creation-foundation.com>
Προς: asianpacifictrade@gmail.com

Δευτέρα 20 Ιουνίου 2014, 10:40 μ.μ.

Γεια σου, Leah

Σου έστειλα διάφορα μηνύματα από το email μου - bob2099@sina.com αλλά δεν παίρνω καμιά απάντηση από εσένα. Υποψιάζομαι ότι μπορεί να υπάρχει κάποιο πρόβλημα με το email μου γι' αυτό αλλάζω email για να σου μιλήσω.

Ελπίζω να μπορέσει να λειτουργήσει.

Θέλω να μου επιβεβαιώσεις την τιμή του ▮▮▮▮▮ 500, γι' αυτό παρακαλώ δώσε μου επίσημη τιμή για ▮▮▮▮▮ 500 και τη λίστα περιεχομένων του πακέτου.

πώς μοιάζει η άδεια; Dongle USB;

σκοπεύουμε να χρησιμοποιήσουμε PayPal.

Έχεις άλλον τρόπο για επικοινωνία, όπως νούμερο τηλεφώνου; Skype; Ο λογαριασμός Skype μου είναι bobwu2099

Ο πελάτης μας με παίρνει τηλέφωνο αυτές τις μέρες, σχεδόν κάθε μέρα, και με πιέζει για επίσημη προσφορά τιμής. Αλλά εγώ περιμένω εσένα.

Περιμένω την απάντησή σου!

ρετεΜε εκτίμηση

Bob

1 από 1

4/1 WU000100

WU001595



**Leah Kim** <asianpacifictrade@gmail.com>                    Τετάρτη 29 Ιανουαρίου 2014, 9:30 μ.μ
Προς: bob2099  <bob2099@sina.com>

Bob,

Δες, σε παρακαλώ, τις πληροφορίες παρακάτω για το ████████ 500 σχετικά με την τιμή. Και ναι, είναι dongle USB.

Ευκαιρώ να μιλήσουμε στο Skype ή στο τηλέφωνο αύριο το απόγευμα μετά τις 4:30 ώρα δυτικών ΗΠΑ (ή 8:30 π.μ. ώρα Κίνας την Παρασκευή).

WU001596

Με εκτίμηση,
Leah



**bob2099** <bob2099@sina.com>                                        Κυριακή 9 Φεβρουαρίου 2014, 8:52 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Έδωσα την τιμή στον πελάτη σήμερα και 90% πιθανότητα να πήρα την παραγγελία. Μπορεί να
σταλεί στο Πεκίνο κατευθείαν; θέλουμε να πληρώσουμε με PAYPAL. Προσπαθώ να σε προσθέσω
στο Skype και να σου στείλω ένα μήνυμα «γεια σου» σήμερα.

bob2099



4/1 WU001597

**Leah Kim** < asianpacifictrade@gmail.com>                     Δευτέρα 10 Φεβρουαρίου 2014, 8:56 μ.μ.
Προς: bob2099 <bob2099@sina.com>

Bob,

Πολύ ωραία! Θα επανέλθω σχετικά με την αποστολή κατευθείαν στο Πεκίνο. Στείλτε μου τον
τελικό παραλήπτη και διεύθυνση.
Leah

**bob2099** <bob2099@sina.com>                                  Δευτέρα 10 Φεβρουαρίου 2014, 10:38 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Διεύθυνση και παραλήπτης:
Αίθουσα 10-7-401 Kangjiayuan, Gaobeidian North Road,
Chaoyang District, Beijing, China. Ταχ. κώδ.: 100025

Υπόψιν: tianzhongwu

bob2099



4/1WU000111

WU001598



Leah Kim <asianpacifictrade@gmail.com>

## Το νέο Ipad air και το Mini Ipad
1 μήνυμα

**bob2099@sina.com** <bob2099@sina.com>
Ηλ. διεύθυνση για απάντηση:bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

Παρασκευή 28 Φεβρουαρίου 2014, 4:24 μ.μ.

Θα πάμε με paypal, μπορούμε να πληρώσουμε δύο φορές, ή ίσως 10.000 & πάνε με paypal και τα υπόλοιπα πάνε με τραπεζική μεταφορά.

το paypal μας: cotstech@cotstech.cn

μπορούμε να κάνουμε τώρα.

χρειαζόμαστε γνήσιο πακέτο προϊόντων, μια υπογεγραμμένη επίσημη δήλωση του κατασκευαστή με αύξοντα αριθμό.



4/1WU000125
WU001599



Leah Kim <asianpacifictrade@gmail.com>

## [Κινεζικοί χαρακτήρες] σας έστειλε 10.000,00 αμερ. δολάρια

1 μήνυμα

**[Κινεζικοί χαρακτήρες] μέσω PayPal** <member@paypal.com>
Ηλ. διεύθυνση για απάντηση: cotstech@cotstech.cn
Προς: Asian Pacific Trade <asianpacifictrade@gmail.com>

Σάββατο 1 Μαρτίου 2014, 4:58 μ.μ.



Αριθ. συναλλαγής: 26Y42418HF781970W

### [Κινεζικοί χαρακτήρες] σας έστειλε

### 10.000,00 αμερ. δολάρια

Γεια σας, Asian Pacific Trade,

Σας ενημερώνουμε ότι ο/η [Κινεζικοί χαρακτήρες] σας έστειλε 10.000,00 αμερ. δολάρια.

#### Σημείωμα από τον/την [Κινεζικοί χαρακτήρες]:

Πληρώσαμε Διεύθυνση: Αίθουσα 10-7-401 KangJiaYuan GaoBeiDian North Road, ChaoYang District, BeiJing, China. Ταχ. κώδ: 100025, Αρ. κινητού:18511761539



1 από 2



Leah Kim <asianpacifictrade@gmail.com>

─────────────────────────────────────────────

**[Κινεζικοί χαρακτήρες]: Απάντ.: ψωμί**
12 μηνύματα

**bob2099** <bob2099@sina.com>                                   Πέμπτη 13 Μαρτίου 2014, 5:38 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς:  asianpacifictrade@gmail.com

   οτιδήποτε πάει σύμφωνα με το πρόγραμμα; πόσα θέλεις να δηλώσεις στο τελωνείο; χαμηλότερη
   τιμή είναι καλύτερα για μας, ίσως 3.800 $.

   已从三星手机 发送

   Leah Kim <asianpacifictrade@gmail.com> [Κινεζικοί χαρακτήρες]:
   Ναι. Πιστεύω ότι θα έχω το προϊόν την εβδομάδα που ξεκινά στις 24 Μαρτίου, έπειτα θα σας το
   στείλω κατευθείαν.  Θα σας ειδοποιήσω όταν έχω ακριβή ημερομηνία από την εταιρία. Και θα σας
   στείλω με email τα στοιχεία αποστολής (ετικέτα) μόλις σας το στείλω.

   Στάλθηκε από το iPhone μου



─────────────────────────────────────────────

**Leah Kim** <asianpacifictrade@gmail.com>                       Πέμπτη 13 Μαρτίου 2014, 7:36 μ.μ.
Προς: bob2099 <bob2099@sina.com>

   Ναι. Όλα πάνε σύμφωνα με το πρόγραμμα. Μπορώ να δηλώσω χαμηλότερη τιμή αν αυτό σας βοηθάει.
   Τι θέλετε να γράψω ως περιγραφή;

   Στάλθηκε από το iPhone μου
   [Το παρατιθέμενο κείμενο έχει αποκρυφθεί]



WU001601

1 από 4                                                             4/1WU000139

WU001602



**Leah Kim <asianpacifictrade@gmail.com>**

---

## Πακέτο
2 μηνύματα

**Leah Kim** < asianpacifictrade@gmail.com>                    Πέμπτη 27 Μαρτίου 2014, 3:25 μ.μ.
Προς: bob2099 <bob2099@sina.com>

Bob,

Παρέλαβα το προϊόν, βλ. συνημμένες φωτογραφίες. Θα σας το στείλω με διεθνές επείγον ταχυδρομείο.

Κατά το αίτημά σας, μπορώ να γράψω 3.800 $ στα τελωνειακά δελτία, ωστόσο οτιδήποτε πάνω από 2.500 $ απαιτεί να συμπληρωθούν στις ΗΠΑ επιπλέον δελτία εξαγωγής. Τι θέλετε να κάνω;

Ευχαριστώ,
Leah

Στάλθηκε από το iPhone μου

---

**bob2098** <bob2066@sina.com>
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: asianpacifictrade@gmail.com


*κάτω από 2.500 $ είναι επίσης εντάξει για μένα*



WU001603

Πέμπτη 27 Μαρτίου 2014, 5:38 μ.μ.

4/1WU000143

WU001604



**Leah Kim <asianpacifictrade@gmail.com>**

Τιμολόγιο
3 μηνύματα

**bob208B** <bob2099@sina.com>                                        Τρίτη 1 Απριλίου 2014, 2:32 π.μ.
Ηλ. διεύθυνση για απάντηση: bob2099 <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

χρειάζομαι δύο επίσημα υπογεγραμμένα τιμολόγια - το ένα είναι K500, η αξία είναι 2.100 $, ένα
άλλο είναι τέλη υπηρεσιών, η αξία είναι το υπόλοιπο της πληρωμής μας.

Ευχαριστώ!

bob2099



1 από 2



**Leah Kim** < asianpacifictrade@gmail.com>                          Πέμπτη 3 Απριλίου 2014, 2:31 μ.μ.
Προς: bob2099 <bob2099@sina.com>


Bob,

Έχουμε πρόβλημα. Δείτε το email παρακάτω.

Το συζητήσαμε αυτό στην αρχή, γι' αυτό προτιμώ να συναντηθούμε αυτοπροσώπως και τα προϊόντα να παραδοθούν ιδιοχείρως αντί να γίνει απευθείας αποστολή. Στο παρελθόν, όταν έκανα μια αποστολή, ποτέ δε μου κατακράτησαν τίποτα. Εσάς;

Τι θέλετε να κάνω;

Leah



2 από 9



**Leah Kim** <asianpacifictrade@gmail.com>
Προς: bob2099 <bob2099@sina.com>

Τρίτη 9 Απριλίου 2014, 4:13 μ.μ.

Δε βλέπω κανέναν τρόπο να το βγάλουμε έξω.

Αν ο πελάτης σας θέλει ακόμα το προϊόν, πρέπει να ξανακάνουμε την παραγγελία και πρέπει να σας το παραδώσω ιδιοχείρως.

Leah

Στάλθηκε από το iPhone μου



4/1WU000154

WU001607



**bob2099**@sina.com  <bob2099@sina.com>          Τετάρτη 9 Απριλίου 2014, 4:30 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

Πώς  το παραδίδουμε ιδιοχείρως σε μένα;



**bob2099@sina.com**  <bob2099@sina.com>          Τετάρτη 9 Απριλίου 2014, 4:37 μ.μ.
Ηλ. διεύθυνση για απάντηση:  bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

    ποια χώρα συνιστάς και μπορώ να το βγάλω έξω από κείνη τη
    χώρα;

Leah Kim <asianpacifictrade@gmail.com>
Προς: "bob2099@sina.com" <bob2099@sina.com>          Τετάρτη 9 Απριλίου 2014, 4:53 μ.μ.

Έχω ένα γραφείο στην Ταϊλάνδη, οπότε είναι εύκολο για μένα να ταξιδέψω οπουδήποτε στην
Ασία. Έχω επίσης γραφείο στην Τσεχία, στην Πράγα.



4/1WU000155

WU001608

Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

Πιστεύεις ότι μπορώ να το βγάλω από την Ταϊλάνδη:



---

**Leah Kim** <asianpacifictrade.gmail.com>             Τετάρτη 9 Απριλίου 2014, 5:16 μ.μ.
Προς: "bob2099@sina.com" <bob2099@sina.com>

Ναι.



---

**bob2099@sina.com** <bob2099@sina.com>                Τετάρτη 9 Απριλίου 2014, 5:31 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

το γραφείο σου είναι στη Μπανγκόκ;

---

**bob2099@sina.com** <bob2099@sina.com>                Τετάρτη 9 Απριλίου 2014, 5:50 μ.μ.
Ηλ. διεύθυνση για απάντηση: bob2099@sina.com
Προς: Leah Kim <asianpacifictrade@gmail.com>

Πότε μπορούμε να συναντηθούμε στην Ταϊλάνδη;



6 από 9

4/1VWU001609



Leah Kim <asianpacifictrade@gmail.com>

(14)

## Μπανγκόκ
5 μηνύματα

**Leah Kim** asianpacifictrade@gmail.com                                   Πέμπτη 10 Απριλίου 2014 10:31 π.μ.
Προς: bob2099 <bob2099@sina.com>

Αγαπητέ Bob,

Όταν αρχίζω να χειρίζομαι ευαίσθητη τεχνολογία στρατιωτικής φύσης, όπως το ▮▮▮▮▮▮ , προσπαθώ να είμαι πολύ επιμελής στις συναλλαγές μου για να προστατέψω την επιχείρησή μου. Όπως ανέφερα προηγουμένως, σχεδόν πάντα συναντάω τους πελάτες μου πρώτα αυτοπροσώπως, αλλά επειδή επιμείνατε για απευθείας αποστολή στο Πεκίνο, αποφάσισα να σας δώσω μια ευκαιρία.

Τώρα, έχουμε ζημιωθεί και οι δύο. Εσείς χάσατε χρήματα κι εγώ έχασα την ανωνυμία μου στις ΗΠΑ. Η ικανότητά μου να δραστηριοποιούμαι χωρίς να παρακολουθούμαι από το κράτος είναι κρίσιμη για όλες τις πτυχές της επιχείρησής μου. Δεν είστε ο μοναδικός μου πελάτης και σίγουρα όχι ο μεγαλύτερός μου πελάτης. Διαμεσολαβώ για πάνω από ένα εκατομμύριο δολάρια το χρόνο στην Ασία και μόνο (χωρίς αυτό να περιλαμβάνει τη δραστηριότητά μου στην Ευρώπη και τη Μέση Ανατολή), γι' αυτό η φήμη μου είναι πολύτιμη.

Όμως καταλαβαίνω ότι η χρηματική ζημία για εσάς είναι μεγάλη και δε θέλω να την υποτιμήσω. Θέλω επίσης η συνεργασία μας να συνεχίσει και να είναι επιτυχής.

Αυτό που μπορώ να προσφέρω είναι μια νέα άδεια για ▮▮▮▮▮▮ στην τιμή του κόστους παραγωγής για εσάς. Θα παραλείψω την προσαύξησή μου, το κόστος αποστολής (από τον κατασκευαστή σε εμένα) και θα παραλείψω οποιαδήποτε τέλη χρηματοοικονομικών συναλλαγών.

Σε μερικές εβδομάδες φεύγω για το επαγγελματικό μου ταξίδι στην Ασία. Θα ήθελα πολύ να σας γνωρίσω και να βρούμε έναν τρόπο να λύσουμε αυτό το πρόβλημα με τρόπο που να μας ωφελεί και τους δύο.

Πόσο καιρό θα χρειαστείτε για να βγάλετε θεώρηση και να ταξιδέψετε στη Μπανγκόκ;
Με εκτίμηση,

Leah Kim



4/1WU000160

WU001610

Gmail – Απάντ:_Μπανγκόκ                                    28/9/2015, 4:05 μ.μ.



**Leah Kim** <asianpacifictrade@gmail.com>                Τρίτη 29 Απριλίου 2014, 9:27 μ.μ.
Προς: bob2099 <bob2099@sina.com>
Κοιν.: "tadeusz.a.nowak@op.pl" <tadeusz.a.nowak@op.pl>, "tadeusz.a.nowak@gmail.com"
<tadeusz.a.nowak@gmail.com>

Bob,

Ας συναντηθούμε στο λόμπι του ξενοδοχείου JW Marriott στην οδό Sukhumvit την Παρασκευή στις 2 μ.μ.
Δεν είναι μακριά από το ξενοδοχείο σας με ταξί ή με Sky Train (σταθμός Phloen Chit).

Είμαι εδώ με τον επιχειρηματικό συνεταίρο μου από την Πολωνία, τον Tadeusz Novak, τον οποίο θέλω να σας
συστήσω (είναι ένας από τους παραλήπτες αυτού του email.)
Χειρίζεται τις περισσότερες ευρωπαϊκές δραστηριότητές μου ως προς τις προμήθειες και τις διαδικασίες
διακίνησης εμπορευμάτων, οπότε αν έχετε οποιαδήποτε αιτήματα σχετικά με την Ευρώπη, αυτή θα ήταν μια
καλή ευκαιρία συζήτησης. Ο Tadeusz ξέρει επίσης και για τις πρόσφατες δυσκολίες μας και έχει πολλές
γνώσεις.

Καλό ταξίδι και θα τα πούμε από κοντά την Παρασκευή.

Leah



WU000176

WU001611



**Leah Kim** <asianpacifictrade@gmail.com>                    Πέμπτη 1 Μαΐου 2014, 5:38 π.μ.
Προς: tadeusz.a.nowak@op.pl, tadeusz.a.nowak@gmail.com

Ted,

*Σε παρακαλώ διαβίβασε τη συγγνώμη μου στον κ. Bob Wu που έχασα τη συνάντηση. Δες, σε παρακαλώ, το παρακάτω email και κάνε μια συμφωνία με τον Bob που να μας βολεύει και τους δύο και εξήγησέ του πόσο σημαντικό είναι να συναντηθούμε αυτοπροσώπως για την παράδοση του προϊόντος. Προτιμώ η παράδοση να γίνει στη Σαϊπάν ή στην Πράγα.*

*Ευχαριστώ,*
*Leah*



https ://mail.google.com/mail/u/O/?ui =2&ik= 1 c3e93f533&view=pt& ... =145534 b1 c6d636c3&siml=145548355364d98b&siml= 145b 7cb57ec0cfd9

Σελ 2 από 2

WU000171

WU001612



**Leah Kim** <asianpacifictrade@gmail.com>                                        Κυριακή 11 Μαΐου 2014, 2:34 μ.μ.
Προς: bob2099 <bob2099@sina.com>
Κοιν.: tadeusz.a.nowak@gmail.com, tadeusz.a.nowak@op.pl

Bob,

Αφού το σκέφτηκα προσεκτικά, δέχομαι τους όρους σας για δεύτερη αγορά του ▮▮▮▮▮ 500 για 11.500 $ με αντικαταβολή.
Εφόσον θα συναντηθούμε αυτοπροσώπως και θα παραδώσω το προϊόν σε εσάς, υποθέτω ότι μπορείτε να πληρώσετε μετρητά (σε αμερικανικά δολάρια) ολόκληρο το ποσό;

Θέλω επίσης να επιβεβαιώσω ότι θα συναντηθούμε στη Σαϊπάν; Είναι μια χώρα που δεν απαιτεί θεώρηση για ταξίδια από την Κίνα και θα πρέπει να σας είναι πολύ εύκολο να πάτε εκεί. Επίσης έχει πολύ χαλαρή μεταναστευτική πολιτική, οπότε θα δείτε πολλούς Ασιάτες (πολλούς Κινέζους) να ταξιδεύουν εκεί. Μπορούμε να συζητήσουμε τις λεπτομέρειες εκτενέστερα καθώς πλησιάζει ο καιρός της συνάντησης.

Ενημερώστε με και θα παραγγείλω ένα νέο Κ500 αύριο.

Χαιρετισμούς,
Leah



19/6/2...WU000191

WU001613



**Leah Kim** <asianpacifictrade@gmail.com>   Τρίτη 17 Ιουνίου 2014, 6:03 μ.μ.
Προς: bob2099 <bob2099@sina.com>

Πιστέψτε με, καταλαβαίνω απολύτως. Αυτή είναι πάντα και η δική μου ανησυχία, γι' αυτό πρέπει να είμαστε πολύ προσεκτικοί στον τρόπο που θα προχωρήσουμε. Αυτός είναι και ο λόγος που ήθελα να σας συναντήσω στην Ταϊλάνδη, ώστε να κερδίσουμε ο ένας την εμπιστοσύνη του άλλου και να κάνουμε περισσότερες συνεργασίες.

Εμείς (ο Ted κι εγώ) έχουμε μερικές πολύ καλές επαφές στο αεροδρόμιο και έχουμε μεταφέρει επιτυχώς προϊόντα στην Κίνα στο παρελθόν. Εφόσον το προϊόν μας είναι λογισμικό (CD), μπορούμε να το καμουφλάρουμε εύκολα ως μουσική ή ταινία

Gmail – Συνέχεια                                                                    Σελ. 9 από 9

DVD. Μπορούμε απλώς να αλλάξουμε το κάλυμμα. Εξάλλου, θα σας δώσουμε το λογισμικό αφού περάσετε τον έλεγχο από την άλλη μεριά της ασφάλειας, κοντά στη θύρα επιβίβασης.

Πριν να γίνει η παράδοση στο αεροδρόμιο, θα συναντηθούμε έξω από το αεροδρόμιο, μάλλον στο δωμάτιο του ξενοδοχείου μας, όπου μπορείτε να δείτε το προϊόν από κοντά και να γίνει η πληρωμή.



Στις 17 Ιουνίου, 2014, στις 3:47 μ.μ., ο χρήστης bob2099 <bob2099@sina.com> έγραψε:

Μόλις διάβασα για μια παρόμοια εμπορική συναλλαγή που έγινε στις ΗΠΑ στην εφημερίδα πρόσφατα, δύο Κινέζοι συνελλήφθησαν γιατί θέλουν να φέρουν ευαίσθητο προϊόν στην Κίνα. έλεγε ότι ήταν παγίδα. γι' αυτό ανησυχώ, επίσης η ώρα και η ημερομηνία είναι πρόβλημα.



WU000198

WU001615



**bob2099** <bob2099@sina.com>                                    Δευτέρα 1 Δεκεμβρίου 2014, 6:33 μ.μ.
Προς: Leah Kim <asianpacifictrade@gmail.com>

Αγαπητή Leah,
Σε παρακαλώ δες αυτό το προϊόν, αν μπορούμε να το κάνουμε αυτό.

http://wwwcom/products/satellite-modems/dmd2050e

Αυτή η εταιρία έχει πολλά γραφεία και αντιπροσώπους σε διάφορες χώρες, ίσως κάποια ινστιτούτα έρευνας
καθώς ο τελικός χρήστης μπορεί να το χρησιμοποιήσει αυτό.
[Το παρατιθέμενο κείμενο έχει αποκρυφθεί]

📄 **ds-dmd2050E.pdf**
   263K



WU000230

WU001616



**Leah Kim** <asianpacifictrade@gmail.com>                              Τετάρτη 3 Δεκεμβρίου 2014, 10:04 π.μ.
Προς: bob2099 <bob2099@sina.com>

Bob,

Μελετάω το μόντεμ και θα επανέλθω με ό,τι μπορέσω να βρω. Αυτό το μοντέλο φαίνεται να έχει φτιαχτεί για το στρατό αλλά μπορεί να έχει εξαίρεση ως προς την άδεια.

Σας ενδιαφέρουν κάποια από τα άλλα εμπορικά μόντεμ τους; Τα παρακάτω είναι μόντεμ που δεν χρειάζονται άδεια:

570A/L
570 AIP/ALIP
570L
570 LIP
625A
750
760
40XS

Επικοινωνήσατε με το γραφείο τους στο Πεκίνο;

Ευχαριστώ,
Leah



WU000231

Gmail – Συνέδρια 2015                                                    28/9/2015, 3:51 μ.μ.

**bob2099** <bob2099@sina.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>                    Τετάρτη 3 Δεκεμβρίου 2014, 5:04 μ.μ.

Αγαπητή Leah,
Ευχαριστώ για την απάντησή σου!
Δεν επικοινώνησα με το γραφείο τους στο Πεκίνο αλλά ξέρω ότι αυτό το μοντέλο δεν είναι εύκολο να αγοραστεί. Για αυτό το λόγο σου ζητάω
να προσπαθήσεις.

Επισκέφθηκα τις ΗΠΑ πολλά χρόνια πριν,

ίσως μπορείς να έρθεις στην Κίνα σαν τουρίστρια και τότε συναντηθόμαστε.

Περιμένω καλά νέα από σένα!

Με εκτίμηση
Bob


bob2099



WU000232

WU001618



**Leah Kim** <asianpacifictrade@gmail.com>                                    Πέμπτη 18 Δεκεμβρίου 2014, 7:40 π.μ.
Προς: bob2099 <bob2099@sina.com>

Δυστυχώς χρειάζεται άδεια από το Υπουργείο Εμπορίου. Όλα τα άλλα μόντεμ που αναγράφονται παρακάτω είναι NLR (no license required, δηλ. δε χρειάζονται άδεια).  Σας ενδιαφέρουν; Ποιος είναι ο τελικός χρήστης; Αναφέρατε ένα ίδρυμα;  Ίσως…



---

**bob2099@sina.com** <bob2099@sina.com>                                      Πέμπτη 18 Δεκεμβρίου 2014, 3:36 μ.μ.
Προς: Leah Kim <asianpacifictrade@gmail.com>

δεν ενδιαφερόμαστε για προϊόντα NLR που μπορούν να αγοραστούν στην Κίνα.

Το ινστιτούτο στην Κίνα είναι αδύνατο, ίσως ένα ινστιτούτο αλλού είναι δυνατό.

bob2099@sina.com



WU000233

WU001619

6/5/2016                                    Εκτύπωση

Θέμα:        Απάντ.: Απάντ.: Καλή χρονιά!              *Αίτημα L-3*
Από:         davidwu2065@sina.cn  (davidwu2065@sina.cn)
Προς:        k.lewisCA@yahoo.com
Ημερομηνία:  Τρίτη 5 Απριλίου 2016, 6:14 π.μ.

## MPM-1000

http://www.2.1-3com.com/███████/products/satcom_solutions.htm

προσφορά τιμής και λίστα σύνθεσης

Με εκτίμηση
David Wu



σχετ.: κενό                                          WU000257

WU001620




# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ

**ICE**

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

19/12/2016 13:50 ώρα ανατολικών ΗΠΑ                                              Σελ. 4 από 4



Στις 27 Απριλίου 2016, ο/η ΜΠ έκανε μια ηχητική κλήση μέσω Skype στον WU. Ο WU ζήτησε να τον αποκαλούν «David» αντί για «Bob». (Σημείωση πράκτορα: Σε προηγούμενες συνομιλίες με τον/την ΜΠ, ο WU χρησιμοποίησε το ψευδώνυμο «Bob».) Ο/Η ΜΠ ενημέρωσε τον WU ότι ένα ταξίδι στο Χονγκ Κονγκ δεν ήταν πια δυνατό λόγω του σχετικού ρίσκου. Ο/Η ΜΠ πρόσθεσε ότι το τελωνείο του Χονγκ Κονγκ συνεργαζόταν στενά με το τελωνείο των ΗΠΑ. Ο/Η ΜΠ ανέφερε ότι αισθανόταν άνετα να συναντηθούν στην Ταϊλάνδη ή στην Ευρώπη.

Ο/Η ΜΠ δήλωσε ότι θα βρισκόταν στην Ταϊλάνδη τον Ιούνιο και τον Ιούλιο. Ο WU είπε ότι θα συζητούσε αυτές τις πληροφορίες με τους συναδέλφους του και τον πελάτη του. Ο/Η ΜΠ είπε ότι [REDACTED] είχε ένα γραφείο στο Ηνωμένο Βασίλειο και ότι αυτό θα μπορούσε να δώσει τη δυνατότητα στον/στην ΜΠ να διευκολύνει την παράδοση του προϊόντος στον WU. Ο/Η ΜΠ είπε στον WU ότι η Ευρώπη ήταν ένα καλό μέρος για τον WU να εξετάσει το προϊόν καθώς οι εξαγωγές δεν θα ελέγχονταν σε εκείνη την περιοχή. Ο WU είπε ότι ήθελε να συζητήσει και το κόστος όταν θα συναντιόνταν. Ο WU είπε ότι είχε άλλα πέντε προϊόντα να παραγγείλει, αλλά θα τα συζητούσε μόνον αυτοπροσώπως. Ο/Η ΜΠ ενημέρωσε τον WU ότι κάθε φορά που ο/η ΜΠ ερευνούσε προϊόντα για τον WU έβαζε τον εαυτό του/της σε κίνδυνο γιατί οι κατασκευαστές δεν θα έκαναν συναλλαγές μαζί του/της αν ήξεραν ότι τα προϊόντα θα πήγαιναν στη ΛΔΚ. Ο WU συμφώνησε ότι θα ήταν καλά να συναντηθούν αυτοπροσώπως.

Μέσω ηλεκτρονικών μηνυμάτων που στάλθηκαν στις 28 Απριλίου 2016 και στις 2 Μαΐου 2016, ο WU και ο/η ΜΠ συμφώνησαν να συναντηθούν στην Ταϊλάνδη, στη Μπανγκόκ, τον Ιούνιο του 2016 για να συζητήσουν για δουλειές.



Ημερομηνία έγκρισης
19/6/2016

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνονται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000044

WU001621

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 

**ICE**

███████████████████████████████

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                                    Σελ. 2 από 12

**ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ**





Μέσω ηλεκτρονικών μηνυμάτων που στάλθηκαν στις 28 Απριλίου 2016 και στις 2 Μαΐου 2016, ο WU και ο/η ΜΠ1 συμφώνησαν να συναντηθούν στην Ταϊλάνδη, στη Μπανγκόκ, τον Ιούνιο του 2016 για να συζητήσουν για δουλειές.

Σημείωση πράκτορα: Η ακόλουθη σύνοψη δεν παρουσιάζεται ως ακριβής αναπαραγωγή όλων των λέξεων, όρων, φράσεων ή δηλώσεων που ανταλλάχθηκαν μεταξύ του υποκειμένου και των ΜΠ1 και ΜΠ2. Οι πληροφορίες που παρέχονται παρακάτω σχετικά με τη μυστική συνάντηση χρησιμεύουν ως σύνοψη του διαλόγου. Η συζήτηση ανάμεσα στον WU και στους μυστικούς πράκτορες ΜΠ1/ΜΠ2 ηχογραφήθηκε μέσω μιας συσκευής ηχογράφησης και βιντεοσκόπησης που είχε επάνω του/της ο/η ΜΠ1. Για περισσότερες πληροφορίες σχετικά με τη συνομιλία, αναφερθείτε στο φάκελο της υπόθεσης.

Στις 9 Ιουνίου 2016, ο/η ΜΠ1 έφτασε στο ξενοδοχείο Sofitel στην οδό 2 North Sathorn Rd. στην Μπανγκόκ της Ταϊλάνδης και μπήκε στο λόμπι περίπου στις 12:30 τοπική ώρα. Ο WU έφτασε μερικά λεπτά πριν από τον/την ΜΠ1 και τον/την περίμενε στο λόμπι του ξενοδοχείου. Αφού αντάλλαξαν φιλοφρονήσεις, ο WU είπε στον/στην ΜΠ1 ότι διέμενε στο ξενοδοχείο Center Point στη Μπανγκόκ.

*** Σημείωση πράκτορα: Ο/Η ΜΠ1 αναγνώρισε τον WU χάρη σε φωτογραφίες που είχε αποκτήσει προηγουμένως από έγγραφα των μεταναστευτικών αρχών της Ταϊλάνδης όταν ο WU έφτασε στο αεροδρόμιο της Μπανγκόκ το Μάιο του 2014. Οι πράκτορες του HSI έλαβαν αντίγραφο διαβατηρίου όπου ο WU εμφανιζόταν ως Tianmin WU, Κινέζος υπήκοος, από το προσωπικό της Βασιλικής Μεταναστευτικής Υπηρεσίας της Ταϊλάνδης. ***

Ημερομηνία έγκρισης
21/9/2016

████████████████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνονται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.



# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ



**ICE**

████████████████████████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                               Σελ. 3 από 12

Ο WU και ο/η ΜΠ1 συζήτησαν για δουλειές κατά το μεσημεριανό τους γεύμα στο εστιατόριο του Sofitel. Ο WU δήλωσε ότι είχε ταξιδέψει μόνος του στην Ταϊλάνδη και είπε ότι θα έφευγε στις 12 Ιουνίου 2016. Ο WU είπε ότι είναι εύκολο να πετάξει από την Κίνα στην Κορέα αλλά ότι υπάρχουν άλλοι λόγοι ασφαλείας για τους οποίους δεν θέλει να πάει εκεί. Ο WU δήλωσε ότι δεν είναι παντρεμένος και γι' αυτό του είναι πιο εύκολο να ταξιδεύει. Ο/Η ΜΠ1 δήλωσε ότι «προμηθεύεται» προϊόντα στον τομέα της εργασίας του/της και ότι έχει ένα εκτενές δίκτυο επαφών. Ο/Η ΜΠ1 πρόσθεσε ότι χειρίζεται τη διανομή και τη διαμεσολάβηση.

Ο/Η ΜΠ1 ρώτησε τον WU τι έκανε ως μηχανικός. Ο WU δήλωσε ότι είναι ηλεκτρονικός μηχανικός και ότι στο παρελθόν δούλευε για την κινεζική κυβέρνηση. Ο WU σχεδίαζε κυκλώματα για ηλεκτρονική επικοινωνία. Ο WU είπε στον/στην ΜΠ1: «Αν μπορώ να σου πω λεπτομερώς, τον αποκωδικοποιητή». (NFI) Ο/Η ΜΠ1 είπε στον WU ότι ο ίδιος/ η ίδια δεν είχε τεχνικές γνώσεις.

Ο WU είπε ότι επί του παρόντος είναι μεσάζοντας για την κινεζική κυβέρνηση. Οι τωρινοί του πελάτες είναι από διάφορα τμήματα της κινεζικής κυβέρνησης, συμπεριλαμβανομένων τμημάτων επικοινωνιών/ηλεκτρονικής. Ο WU είπε ότι δούλευε επίσης με μια διεθνή συμφωνία (NFI). Ο WU ισχυρίστηκε ότι δεν έχει υπηρετήσει ποτέ στο στρατό.



                                               **Ημερομηνία έγκρισης**
                                               21/9/2016

████████████████████████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**
Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000047

WU001623

 ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ  

**ICE**

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                                                                    Σελ. 4 από 12



Ο/Η ΜΠ1 ρώτησε εάν ο WU είχε μεταφέρει επιτυχώς «ευαίσθητα» αντικείμενα από τη Γερμανία στην Κίνα. Ο WU λέει: «ναι, αλλά δεν είναι απευθείας. Πρέπει να πάει και σε άλλη χώρα.» Ο/Η ΜΠ1 ρώτησε σε ποια χώρα. Ο WU είπε ότι αντικείμενα έχουν σταλεί στη Σιγκαπούρη για τη Rhode & Schwarz, καθώς έχει εταιρία εκεί, αλλά {ακατανόητο} η Σιγκαπούρη παρέχει τη δήλωση του τελικού χρήστη, και γενικά κάνει αποστολές αεροπορικώς (NFI).

Ο WU είπε ότι δούλευε για μια αμερικανική εταιρία με έδρα στο Σικάγο, στο Ιλινόι, ονόματι Andrew Corporation. Ο WU ταξίδεψε μια φορά στο Σικάγο για να επισκεφτεί την Andrew Corporation. Εργαζόταν ως μηχανικός στα γραφεία της Andrew Corporation στην Κίνα. Ο WU εργαζόταν επίσης για τη Siemens και τη Motorola στην Κίνα. Έχει ταξιδέψει στη Γερμανία και στην Ιταλία για δουλειές, καθώς και σε άλλα μέρη της Ευρώπης. Ο WU είπε ότι θα έπρεπε να κάνει αίτηση για θεώρηση ΗΠΑ για να επισκεφτεί τις ΗΠΑ. Ο WU έμαθε αγγλικά στην Κίνα.

Ημερομηνία έγκρισης
21/9/2016

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ
Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000048

WU001624

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 



**ICE**

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                                                 Σελ. 5 από 12

Ο/Η ΜΠ1 ρώτησε σχετικά με την οικογένεια του WU. Ο WU είπε ότι ο πατέρας του ζει και είναι 78 ετών, αλλά ότι η μητέρα του απεβίωσε εδώ και πάνω από 10 χρόνια. Ο WU είπε ότι έχει και έναν μεγαλύτερο αδελφό εκτός από το μικρότερο αδελφό του που τον βοηθάει στις επιχειρήσεις.

Ο/Η ΜΠ1 είπε ότι τα προϊόντα που ζητάει είναι ευαίσθητα αντικείμενα. Ο/Η ΜΠ1 ρώτησε εάν ο πελάτης του ενδιαφερόταν για μη ευαίσθητα προϊόντα, εφόσον μπορεί να τα προμηθευτεί κι εκείνα. Ο/Η ΜΠ1 είπε ότι ορισμένες αμερικανικές εταιρίες που ενδιαφέρουν τον WU είναι προσεκτικές ως προς τις πωλήσεις ευαίσθητων προϊόντων στο εξωτερικό. Ο/Η ΜΠ1 είπε στον WU ότι η κυβέρνηση των ΗΠΑ παρακολουθεί την εξαγωγή ευαίσθητων αντικειμένων. Ο WU είπε ότι καταλάβαινε. Ο WU είπε ότι καταλάβαινε τον ΚΔΕΟ [Κανονισμό για το διεθνές εμπόριο όπλων]. Ο WU είπε ότι παρέχει τακτικά δήλωση τελικού χρήστη σε προμηθευτές και καταλαβαίνει ότι μερικά είδη ελέγχονται ως είδη στρατιωτικής φύσεως.



Στις 10 Ιουνίου 2016, περίπου στις 14:00 τοπική ώρα, ο/η ΜΠ1 και ο/η ΜΠ2 συναντήθηκαν με τον WU στην Ταϊλάνδη, στη Μπανγκόκ, για περαιτέρω συζητήσεις για δουλειές. (Σημείωση πράκτορα: Στη διάρκεια μιας χαλαρής συνομιλίας πριν από τη συνάντηση, ο WU είπε ότι είχε γεννηθεί το 1965. Αυτό συμφωνεί με την ημερομηνία γέννησης που αναγράφεται στα αρχεία που παρείχαν οι ταϊλανδέζικες τελωνειακές αρχές, όπου η ημερομηνία γέννησης του WU αναγράφεται ως 27/4/1965.)

---

**Ημερομηνία έγκρισης**
21/9/2016

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000049

WU001625

 

# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ

**ICE**

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                         Σελ. 6 από 12

Ο WU επανέλαβε το ενδιαφέρον του για το ▇▇▇▇ μόντεμ. Ο/Η ΜΠ1 έδειξε ένα PDF ενός μόντεμ ▇▇▇▇ στον WU για να επιβεβαιώσει ότι ήταν το προϊόν που είχε ζητήσει. Ο WU απάντησε καταφατικά ότι είχε λάβει την προσφορά τιμής και είπε ότι η σύνθεση του εν λόγω μόντεμ είναι σωστή. Είπε επίσης ότι μπορούσαν να ξεκινήσουν παραγγέλλοντας πρώτα αυτό το μόντεμ. Συμφώνησε με την τιμή και ξαναείπε να ξεκινήσουν με την παραγγελία του ▇▇▇▇.

[REDACTED]

Ο ΜΠ1 εξήγησε στον WU ότι είναι ευκολότερο αν καταλαβαίνει ποιος είναι ο στόχος/σκοπός των αγοραζόμενων ειδών. Ο WU απάντησε ότι γι' αυτό η σωστή σύνθεση είναι πολύ σημαντική. Είπε ότι προσπαθεί να πουλήσει όλες τις επιλογές στον πελάτη, αλλά ότι θα πρέπει να είναι όλα σωστά. Ο ΜΠ1 ρώτησε τον WU για ποιον είναι το προϊόν. Ο WU απάντησε: «Επικοινωνία της κυβέρνησης». Ο ΜΠ1 ρώτησε αν ήταν για το στρατό. Ο WU απάντησε: «Στο μέσο, για ένα τμήμα Γραμματείας» «κάποιες για την Τρομοκρατία». (Σημείωση πράκτορα: Ο ΜΠ1 ερμηνεύει το παραπάνω ως το Υπουργείο καταπολέμησης της τρομοκρατίας.)
Ο WU ανέφερε επίσης το προϊόν είναι μια «κάποια συγκέντρωση πληροφοριών». Ο/Η ΜΠ1 ζήτησε από τον WU να επιβεβαιώσει ότι είναι μηχανικός και ότι μπορεί να εξετάσει τη σύνθεση. Εκείνος το επιβεβαίωσε.

[REDACTED]

**Ημερομηνία έγκρισης**
21/9/2016

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ
Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000050

WU001626

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 

**ICE**

████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                    Σελ. 9 από 12



Ο/Η ΜΠ1 εξήγησε ότι τα προϊόντα που ζήτησε ο WU δεν μπορούν να πωληθούν σε εκείνον γιατί τα αγοράζει για την κινεζική κυβέρνηση, γι' αυτό ο/η ΜΠ1 πρέπει να είναι πολύ προσεκτικός/ή. Ο/Η ΜΠ1 εξήγησε ότι η κυβέρνηση του/της ΜΠ δε θέλει αυτό το προϊόν να πάει σε λάθος χέρια, κι ότι αυτή είναι η ανησυχία του/της και



Ημερομηνία έγκρισης
21/9/2016

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000053

WU001627

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 



**ICE**

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                        Σελ. 10 από 12

ο κίνδυνος που διατρέχει. Ο/Η ΜΠ1 είπε ότι γι' αυτό το λόγο ο/η ΜΠ1 επιλέγει να γίνει η συνάντηση στη Μπανγκόκ ή στην ανατολική Ευρώπη, γιατί είναι πιο ασφαλές. Ο/Η ΜΠ1 πρότεινε ταξίδι στις ΗΠΑ. Ο WU είπε ότι δεν θέλει να πάει.



Ο WU ρώτησε από πού ο/η ΜΠ1 προμηθεύεται το ▬▬▬▬, αν από την ίδια την εταιρία ή κάποιον τρίτο. Ο/Η ΜΠ1 είπε ότι το ▬▬▬ έρχεται απευθείας από την εταιρία αλλά ότι προμηθεύεται άλλα προϊόντα από κάποιον τρίτο. Ο WU πρότεινε στον/στην ΜΠ1 να στείλει μια φωτογραφία του προϊόντος για να διαπιστωθεί αν είναι το σωστό.



---

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                        **Ημερομηνία έγκρισης**
                                                                                                21/9/2016

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**
Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000054

WU001628



# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ





ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

19/12/2017 13:51 ώρα ανατολικών ΗΠΑ                                                            Σελ. 11 από 12



Ο/Η ΜΠ1 άρχισε να μιλάει για τη δήλωση φόρων της εταιρίας και ανέφερε ότι μερικές φορές μπορεί να τους ελέγχει η αμερικανική φορολογική υπηρεσία (IRS). Ο/Η ΜΠ2 παρενέβη λέγοντας ότι καταλαβαίνει τι ζητάει ο WU. Ο/Η ΜΠ2 ρώτησε αν ο WU θέλει «διαφορετικά» χαρτιά από εκείνους, υπονοώντας ψευδή στοιχεία τιμολογίου. Ο WU το επιβεβαίωσε. Ο/Η ΜΠ1 πρότεινε ο WU να τους πει τι θέλει να γράφει το συμβόλαιο, κι έπειτα όταν έρθει να ελέγξει, θα έχουν τα έγγραφα σε έντυπη μορφή για να υπογράψει και να πάρει μαζί του.

Ο WU ρώτησε πώς θα γίνει η μεταφορά των χρημάτων. Ο/Η ΜΠ1 είπε ότι το καλύτερο είναι τραπεζική μεταφορά. Ο WU ρώτησε πώς το είχαν κάνει την τελευταία φορά. Ο/Η ΜΠ1 του υπενθύμισε ότι ήταν μέσω Paypal και ο WU ένευψε καταφατικά.

Ο WU ρώτησε πού θα πάει για να κάνει τον έλεγχο. Ο/Η ΜΠ2 εξήγησε ότι έχει μια ναυτιλιακή εταιρία και ότι θα συναντιόνταν στο γραφείο του/της ώστε ο WU να κάνει τον έλεγχο.

Ο WU επανέλαβε ότι καταλάβαινε ότι θα πληρώσει 30%, έπειτα θα πάει να κάνει τον έλεγχο, έπειτα θα πληρώσει άλλο ένα 30% και μετά οι ΜΠ θα του το στείλουν. Είπε ότι πρέπει να πληρώσει το δεύτερο 30% από την τράπεζα στην Κίνα. Κατόπιν επιβεβαίωσης οι ΜΠ θα στείλουν το προϊόν. Ο/Η ΜΠ2 ρώτησε ποιανού το όνομα θα είναι στο συμβόλαιο. Ο WU είπε ότι θα είναι το όνομα της εταιρίας του.

Ο/Η ΜΠ2 ρώτησε τι είδους προϊόν ήθελε να αναγράφεται στο συμβόλαιο. Ο WU είπε ένα άλλο όνομα και να αλλάξει ο κωδικός προϊόντος. Ο WU είπε ότι θα παράσχει αυτά τα στοιχεία στο συμβόλαιο. Ο WU πρότεινε να περιγραφούν τα προϊόντα ως «ηλεκτρονική συσκευή».

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιαδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνονται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000055

WU001629



**Leah Kim** <asianpacifictrade@gmail.com>                    Κυριακή 23 Οκτωβρίου 2016, 6:25 μ.μ.
Προς: Graham Sones <graham.sones@yahoo.com>

χρόνος παράδοσης 4-6 εβδομάδες.

Στάλθηκε από το iPhone μου

Προωθημένο μήνυμα:

> Από: Leah Kim <asianpacifictrade@gmail.com>
> Ημερομηνία: 1 Απριλίου 2016, 3:10:59 μ.μ. θερινή ώρα ανατολ. ΗΠΑ
> Προς: davidwu2065@sina.cn
> Θέμα: προσφορά τιμής
>
> David,
>
> Σας παρακαλώ δείτε το συνημμένο. Μπορούμε να συζητήσουμε τους όρους της πώλησης και της παράδοσης αργότερα όταν συναντηθούμε.
>
> Leah

Viasat Modem invoice (WU).pdf
98K



WU000268
6/8

WU001630



**Graham Sones** graham.sones@yahoo.com                                        Τρίτη 1 Νοεμβρίου 2016 11:40μμ
Ηλ. διεύθυνση για απάντηση: Graham Sones <graham.sones@yahoo.com>
Προς: Leah Kim <asianpacifictrade@gmail.com>

Αγαπητή Leah,
μπορούμε να ξεκινήσουμε.
οι όροι πληρωμής του πελάτη είναι 30% έναντι
70% κατά την άφιξη



WU000269

WU001631



**Από:** Guppenberger, David J
**Εστάλη:** Δευτέρα 21 Νοεμβρίου 2016, 10:22 π.μ.
**Προς:** Phillips, Mario G
**Θέμα:** Απάντ.: Πληροφ. εμβάσματος

14/11/2016      ΤΥΠΟΣ ΕΜΒΑΣΜΑΤΟΣ: ΕΙΣΕΡΧΟΜΕΝΟ ΕΜΒΑΣΜΑ ΗΜΕΡΟΜΗΝΙΑ: 161114 ΩΡΑ:0547      ⊕      c  11.980,00
                                                              ET TRN:2016111400236602...

Επεξεργασία περιγραφής

Τύπος:          Πίστωση
Περιγραφή:      ΤΥΠΟΣ ΕΜΒΑΣΜΑΤΟΣ: ΕΙΣΕΡΧΟΜΕΝΟ ΕΜΒΑΣΜΑ  ΗΜΕΡΟΜΗΝΙΑ : 161114 ΩΡΑ:0547 ώρα ανατολ. ΗΠΑ
                TRN:2016111400236602 ΣΕΙΡΑ:161110089201000A/092405
                ΠΡΟΕΛ.:HONG KONG COTSWORLD TECHN
                ΑΝΑΓΝΩΡ.:OSA1101452444200 ΤΡΑΠΕΖΑ ΑΠΟΣΤΟΛΕΑ: WELLS FARGO NY INTL
                ΑΝΑΓΝΩΡ.:0509 ΛΕΠΤΟΜ. ΠΛΗΡ.:OREO030 71612039 ΠΡΟΠΛΗΡΩΜΗ



1

WU001632

17/1/2017                                  Αναφορά κλήσεων

| Από | Προς | Όλες οι χρονικές σημάνσεις | Περιεχόμενο | Διαγράφηκε |
|-----|------|---------------------------|-------------|------------|



| Από | Προς | Όλες οι χρονικές σημάνσεις | Περιεχόμενο | Διαγράφηκε |
|-----|------|---------------------------|-------------|------------|
| +8618612726827<br>* * *<br>David WU<br>* * * | | Χρονική σήμανση:<br>2/1/2017, 7:01:41 π.μ.<br>(UTC+0) | Σώμα:<br>εγώ ή ο συνάδελφός μου φτάσαμε στις 7 ΦΕΒ., φεύγουμε στις<br>11 ΦΕΒ. είναι εντάξει; | |



WU000301

WU001633

17/1/2017                              Αναφορά κλήσεων

| Από | Προς | Όλες οι χρονικές σημάνσεις | Περιεχόμενο | Διαγράφηκε |
|-----|------|---------------------------|-------------|------------|
| | | | | |



| +1 310-940-0184 * * * | | Χρονική σήμανση: 3/1/2017, 7:17:07 μ.μ. (UTC+0) | Σώμα: David, σε παρακαλώ μην ξεχνάς ότι το μόντεμ ViaSat απαγορεύεται να πάει στον τελικό χρήστη σου, γι' αυτό πρέπει να είμαι πολύ προσεκτική με ποιον δουλεύω. Συμφώνησα να συνεργαστώ μαζί σου και έχουμε χτίσει αρκετή εμπιστοσύνη μεταξύ μας, αλλά ας τελειώσουμε πρώτα με αυτή τη δουλειά. Πες μου, σε παρακαλώ, πότε θα ευκαιρείς ΕΣΥ. 15-17 Φεβρουαρίου είναι πολύ καλύτερα για μένα τώρα. Ή αργότερα αν χρειάζεσαι περισσότερο χρόνο. | |

WU000302

WU001634



# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ



**ICE**

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

---

15/3/2017 19:20 ώρα ανατολ. ΗΠΑ                                                         Σελ. 2 από 4

## ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ



Σημείωση πράκτορα: Η ακόλουθη σύνοψη δεν παρουσιάζεται ως ακριβής αναπαραγωγή όλων των λέξεων, όρων, φράσεων ή δηλώσεων που ανταλλάχθηκαν μεταξύ του υποκειμένου και των ΜΠ1 και ΜΠ2. Οι πληροφορίες που παρέχονται παρακάτω σχετικά με τις μυστικές συναντήσεις χρησιμεύουν ως σύνοψη του διαλόγου. Η συζήτηση ανάμεσα στον WU και στους μυστικούς πράκτορες ΜΠ1/ΜΠ2 ηχογραφήθηκε μέσω μιας συσκευής ηχογράφησης και βιντεοσκόπησης που είχε επάνω του/της ο/η ΜΠ1. Παρακαλείστε να αναφερθείτε στο φάκελο της υπόθεσης για περισσότερες πληροφορίες σχετικά με τη συνομιλία.

Στις 8 Φεβρουαρίου 2017, περίπου στις 15:47 τοπική ώρα, ο WU συναντήθηκε με τους ΜΠ1 και ΜΠ2 στην καφετέρια Αίγλη, στο Ζάππειο της Θεσσαλονίκης, όπου συζήτησαν για δουλειές κατά το μεσημεριανό τους γεύμα. Ο WU είπε ότι δεν είχε ξαναεπισκεφτεί την Ελλάδα αλλά ότι είχε επισκεφτεί τη Γερμανία, τη Γαλλία, την Ιταλία, την Αυστραλία και την Αυστρία. Ο WU ρώτησε τους ΜΠ1 και ΜΠ2 αν ήταν αποδεκτό να συζητήσουν στην καφετέρια, στο οποίο οι ΜΠ απάντησαν ναι. Ο WU δήλωσε ότι δεν ήθελε να χρησιμοποιήσει άλλο την εφαρμογή «Viber» για επικοινωνία.

Ο WU είπε ότι δεν ήθελε το τιμολόγιο για τα μόντεμ ViaSat να αποσταλεί με email εφόσον οι κωδικοί προϊόντος ήταν ευαίσθητοι. Ο WU είπε επίσης ότι δεν ήθελε να εμφανίζεται η μάρκα ViaSat πουθενά στα χαρτιά και ότι προτιμούσε να μεταφέρει με τα χέρια του τα χαρτιά. Ο WU δήλωσε ότι δεν χρειαζόταν συμβόλαιο αλλά απλώς μια εντολή αγοράς.

*** Σημείωση πράκτορα: Ο τοπικός πράκτορας και οι ΜΠ ερμήνευσαν τη χρήση του όρου «ευαίσθητοι» από τον WU ως «ελεγχόμενης εξαγωγής». ***

Ο/Η ΜΠ2 ζήτησε από τον WU να διευκρινίσει τι όρους/φράσεις ήθελε οι ΜΠ να βάλουν στα χαρτιά εφόσον το προϊόν ήταν ελεγχόμενο για εξαγωγή. Ο WU είπε ότι θα παρείχε έναν διαφορετικό αριθμό ανταλλακτικού που δεν είναι αποδεκτό να συζητήσουν για εξαγωγή, για να χρησιμοποιηθεί στα χαρτιά αποστολής. Ο/Η ΜΠ1 ενημέρωσε τον WU ότι το μόντεμ ▓▓▓▓▓▓ μπορούσε να εξαχθεί στη Λαϊκή Δημοκρατία της Κίνας (ΛΔΚ) αλλά όχι στην κινεζική κυβέρνηση. Ο WU επιβεβαίωσε ότι ο τελικός χρήστης του ήταν η κινεζική κυβέρνηση. Συγκεκριμένα, ο WU δήλωσε ότι ήταν για ένα ανώνυμο «...τμήμα γραμματείας».

Ο WU ρώτησε αν οι ΜΠ μπορούσαν να στείλουν τα μόντεμ στο Πεκίνο. Ο/Η ΜΠ2 είπε ότι τα προϊόντα βρίσκονταν στην Ελλάδα εκείνη τη στιγμή, πράγμα που θα «άνοιγε πόρτες». Ο WU είπε ότι ήθελε να παραλάβει τα μόντεμ στο Πεκίνο, και συγκεκριμένα σε μια διεύθυνση που ο WU θα έδινε στους ΜΠ.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ο/Η ΜΠ1 είπε ότι προσπαθούσε να παράσχει περισσότερες πληροφορίες για την εν λόγω συσκευή στον WU. Ο WU είπε ότι το MARIE χρησιμοποιούνταν από μια γραμματεία του τμήματος καταπολέμησης της τρομοκρατίας. Ο WU είπε ότι τα μόντεμ ▓▓▓▓▓ 500 και ▓▓▓▓▓ πήγαιναν επίσης στην ίδια γραμματεία καταπολέμησης της τρομοκρατίας. Ο/Η ΜΠ2 ζήτησε από τον WU να τους παράσχει (στους ΜΠ) μια λίστα

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                          **Ημερομηνία έγκρισης**
                                                                                        15/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 

**ICE**

████████████████████████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

15/3/2017 19:20 θερινή ώρα ανατολ. ΗΠΑ                                               Σελ. 3 από 4

με τα επιθυμητά προϊόντα για αυτό το τμήμα. Ο WU είπε ότι θα ερευνούσε τη δυνατότητα να αποκτήσει τη λίστα αργότερα.

Ο WU είπε ότι ήθελε να παραγγείλει άλλο ένα ████ 500 καθώς και ένα ████ 1000. Ο WU είπε ότι ο πελάτης του θα ήθελε αυτά τα προϊόντα τον Ιούνιο ή τον Αύγουστο του 2017. Ο WU δήλωσε επίσης ότι ενδιαφερόταν για το μόντεμ L-3 που είχε προσδιορίσει προηγουμένως στον ΜΠ1. (Σημείωση πράκτορα: Αυτό το προϊόν είναι ελεγχόμενο από τον ΚΔΕΟ.) Οι ΜΠ είπαν στον WU ότι τα προϊόντα ████ και L-3 ελέγχονταν από τον ΚΔΕΟ. Οι ΜΠ δήλωσαν ότι το προϊόν ηλεκτρονικής παρακολούθησης ████ που είχε ζητήσει προηγουμένως ο WU κατασκευαζόταν στο Ισραήλ και ότι οι ΜΠ δεν ήξεραν αν ελεγχόταν για εξαγωγή. Ο WU είπε ότι αυτά τα προϊόντα προορίζονταν όλα για τον ίδιο πελάτη του στη ΛΔΚ. Ο WU ζήτησε επίσης πληροφορίες για μια υποβρύχια συσκευή σόναρ που ηχογραφεί ήχους κάτω από το νερό και που κατασκευαζόταν από μια εταιρία γνωστή ως «████». Ο WU έδωσε στους ΜΠ έναν κωδικό προϊόντος για αυτή τη συσκευή. Ο WU είπε ότι το προϊόν ήταν για πολιτική και στρατιωτική χρήση. Ο WU είπε ότι θα χρειαζόταν δύο ή τρία τέτοια προϊόντα (NFI). Ο WU είπε ότι οι παραγγελίες του προέρχονταν από τον «αγοραστή» στο «κέντρο προμηθειών του τμήματος γραμματείας».

Ο WU δήλωσε ότι ήθελε οι ΜΠ να του στείλουν ένα πρότυπο ώστε να αναγράψει τον αριθμό ανταλλακτικού στο τιμολόγιο. Ο WU είπε ότι δεν τον ένοιαζε αν η υπογραφή των ΜΠ ήταν στο τιμολόγιο ή όχι. Ο WU είπε ότι θα πλήρωνε τον/την ΜΠ1 αφότου θα λάμβανε το προϊόν. Ο WU είπε ότι εάν το προϊόν λειτουργούσε σωστά, ο ΜΠ1 θα λάμβανε την τελική πληρωμή εντός 2 εβδομάδων. Ο WU πρόσθεσε ότι θα ήθελε να συνεχίσει να συνεργάζεται με τους ΜΠ μακροπρόθεσμα. Ο WU είπε ότι είχε πολύ καλή σχέση με τον πελάτη του και επανέλαβε ότι η τεχνολογία που αναζητούσε ήταν για τη Γραμματεία καταπολέμησης της τρομοκρατίας στη ΛΔΚ. (Σημείωση πράκτορα: Δεν ήταν απολύτως κατανοητό αλλά φαίνεται πως ο WU δήλωσε ότι η τεχνολογία ήταν για σκοπούς επιβολής του νόμου καθώς ο WU ανέφερε ξεκάθαρα ότι η τεχνολογία θα βοηθούσε τη γραμματεία καταπολέμησης της τρομοκρατίας και θα συνέβαλε στην απόκτηση αποδεικτικών στοιχείων για τη δικαιοσύνη.)



Στις 9 Φεβρουαρίου 2017, περίπου στις 10:55 τοπική ώρα, ο WU συνάντησε τους ΜΠ στο ξενοδοχείο Divani Caravel, στη λεωφόρο Βασιλέως Αλεξάνδρου 2, Αθήνα 161 21. Ο WU ανέφερε ότι ο φίλος του θα έφτανε από τη Γερμανία αργότερα την ίδια μέρα. Ο WU και οι ΜΠ άρχισαν να μελετούν τις πληροφορίες για το προϊόν. Ο WU ανέφερε ότι θα παρείχε έναν μη ευαίσθητο αριθμό ανταλλακτικού που θα αντικαθιστούσε τον αριθμό ανταλλακτικού στην τεκμηρίωση προϊόντος για το μόντεμ. Ο WU επανέλαβε επίσης την επιθυμία του να επικοινωνεί με το ψευδώνυμο email «graham.sones@yahoo.com.»

Οι ΜΠ άνοιξαν ένα κουτί που περιείχε δύο μόντεμ ████ ώστε ο WU να τα εξετάσει. Ο WU άρχισε να εξετάζει τα προϊόντα αφού αφαιρέθηκαν από το κουτί. (Σημείωση πράκτορα: Κανένα από τα δύο μόντεμ δεν λειτουργούσε, πράγμα που ο WU δεν γνώριζε.) Ο WU αποφάσισε να βάλει στην πρίζα ένα από τα μόντεμ για να το ελέγξει και να το δοκιμάσει. Ο WU

████████████████████████                              **Ημερομηνία έγκρισης**
                                                                     15/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

 **ICE** ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ 

███████████████████████

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

15/3/2017 19:20 θερινή ώρα ανατολ. ΗΠΑ                                                    Σελ. 4 από 4

είπε ότι πίστευε πως το μόντεμ δούλευε, αλλά συνέχισε να παρακολουθεί την οθόνη της συσκευής, προφανώς παρακολουθώντας τις αυτοδιαγνωστικές πληροφορίες της συσκευής. Ο WU έμεινε ικανοποιημένος από τον έλεγχο.

Ο WU επανέλαβε την επιθυμία του να παραγγείλει τα λογισμικά ██████ 500 και ██████ 1000. Ο WU επανέλαβε επίσης ότι ενδιαφερόταν να αποκτήσει το υδρόφωνο σόναρ ██████. Ο WU είπε ότι δεν ήθελε την εξαγόμενη έκδοση καθότι ήθελε τη σειρά προϊόντων που δεν μπορούσε να αποκτήσει (δηλ. ήθελε το υδρόφωνο που χρειαζόταν άδεια εξαγωγής από το κράτος των ΗΠΑ αντί για εκείνο που δε χρειαζόταν άδεια). Ο WU είπε ότι ήθελε να παραγγείλει αυτό το προϊόν για «το πανεπιστήμιο» και διευκρίνισε ότι ήτα για ένα «ωκεανογραφικό πανεπιστήμιο». Ο WU πρόσθεσε ότι θα χρειαζόταν δύο ή τρία τέτοια προϊόντα. Ο WU είπε επίσης ότι ενδιαφερόταν για το ██████ RT 7000. Ο/Η ΜΠ1 ανέφερε ότι το προϊόν ήταν τυπικό στρατιωτικό προϊόν και μάλλον ελεγχόταν από τον ΚΔΕΟ. Ο/Η ΜΠ1 δήλωσε ότι έπρεπε να προχωρήσουν προσεκτικά λόγω της στρατιωτικής φύσεως του εν λόγω προϊόντος. Ο WU επιβεβαίωσε ότι το προϊόν ήταν για τον πελάτη του στη ΛΔΚ.

Ο WU είπε ότι θα έστελνε ένα μήνυμα στον/στην ΜΠ1 με τη διεύθυνση αποστολής μέσω Skype ή Viber εντός της επόμενης εβδομάδας. Ο WU είπε ότι το Πεκίνο ήταν ο προτιμώμενός του λιμένας παράδοσης. Έπειτα ο WU συμφώνησε να βγει από το δωμάτιο του ξενοδοχείου και να πάει για μεσημεριανό γεύμα με τους ΜΠ.



████████████████████████████     **Ημερομηνία έγκρισης**
                                                                                    15/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000427

WU001637



# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ



**ICE**

████████████████████████████████████

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

15/3/2017 19:18 θερινή ώρα ανατολ. ΗΠΑ                                  Σελ. 2 από 3

## ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ

ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ

Στις 12 Ιανουαρίου 2015, η Διεύθυνση ελέγχων εμπορίου προϊόντων άμυνας (ΔΕΕΠΑ) εντός του Υπουργείου Εξωτερικών έλεγξε το ιστορικό αδειών για τα παρακάτω άτομα/φορείς και ανέφερε ότι δεν υπήρχε ιστορικό αδειών στο αρχείο:

— Tian Min WU

— Cotstech Technology & Trading, Κίνα

— Creation Foundation Technology Limited , Κίνα

Στις 17 Φεβρουαρίου 2017, η ΔΕΕΠΑ έλεγξε το ιστορικό αδειών για τα παρακάτω άτομα/φορείς και ανέφερε ότι δεν υπήρχε ιστορικό αδειών στο αρχείο:

— David WU

— Graham Sones

— Cotsworld Tech

— Cots World Tech

Στις 7 Φεβρουαρίου 2017, η Διεύθυνση βιομηχανίας και ασφάλειας (BIS) εντός του Υπουργείου Εμπορίου έλεγξε το ιστορικό αδειών για τα παρακάτω άτομα/φορείς και ανέφερε ότι δεν υπήρχε ιστορικό αδειών στο αρχείο:

— Tian Min WU

---

████████████████████████████████████            **Ημερομηνία έγκρισης**
                                                                     15/3/2017

### ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ. Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000422

WU001638



# ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ



**ICE**

████████████████████████████████████████

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

15/3/2017 19:18 θερινή ώρα ανατολ. ΗΠΑ                                      Σελ. 3 από 3

- Bob WU

- David WU

- Cotstech Technology & Trading, Κίνα

- Creation Foundation Technology, Κίνα

- Graham Sones



---

████████████████████████████████████████          **Ημερομηνία έγκρισης**
                                                        15/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000423

WU001639

TEKMHPIO Γ

WU001640

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ

| ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ<br><br>*ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE)* | ΣΕΛΙΔΑ 3 |
|---|---|

Συνομιλία μέσω email πριν από τη συνάντηση:

Όπως αναφέρθηκε στην έκθεση έρευνας αριθ. 5 υπό αυτό τον αριθμό υπόθεσης, ένας/μία μυστικός/ή πράκτορας (ΜΠ1) του κέντρου έρευνας αντιμετώπισης διάδοσης των όπλων από το HSI στο Λος Άντζελες «επιχείρησε» να αποστείλει το λογισμικό κρυπτογράφησης ▮▮▮▮▮ 500 στον «Bob» (που αργότερα αναγνωρίστηκε ως ο Tianmin WU) στο Πεκίνο, στη Λαϊκή Δημοκρατία της Κίνας (ΛΔΚ). Το φορτίο «κατασχέθηκε από πράκτορες του Τελωνείου και Προστασίας Συνόρων των ΗΠΑ (ΤΠΣ) γιατί δεν υπήρχε άδεια εξαγωγής για το λογισμικό. Αφότου ενημέρωσε τον WU για τα παραπάνω, ο/η ΜΠ1 προσφέρθηκε να πουλήσει ένα επιπλέον λογισμικό ▮▮▮▮ 500 στον WU αλλά μόνο αν εκείνος συμφωνούσε να συναντηθούν από κοντά για να συζητήσουν τους όρους. Έπειτα ο WU δέχτηκε να συναντήσει τον/την ΜΠ1 στην Ταϊλάνδη, στη Μπανγκόκ, στις 2 Μαΐου 2014.

Στις 22 Απριλίου 2014, ο WU έστειλε στον/στην ΜΠ1 ένα email που περιλάμβανε πληροφορίες για το ταξίδι και το κατάλυμά του στη Μπανγκόκ. Σύμφωνα με το email, ο WU επρόκειτο να φτάσει στη Μπανγκόκ την 1η Μαΐου 2014 στις 14:35 με την πτήση MU741 των China Eastern Airlines, που ξεκινούσε από το Kunming της ΛΔΚ. Ο WU ήταν να αναχωρήσει από τη Μπανγκόκ στις 3 Μαΐου 2014 στις 15:20 με την πτήση CZ376 των China Southern Airlines με προορισμό το Shantou της ΛΔΚ. Ο WU είπε ότι θα διέμενε στο ξενοδοχείο Grande Centre Point Ratchadamri στη Μπανγκόκ και ότι θα ταξίδευε εκεί με μέσο σύνδεσης αερολιμένα.

Στις 25 Απριλίου 2014, ο WU έστειλε ένα email στον/στην ΜΠ1 λέγοντας ότι προτιμούσε να συναντηθούν σε ένα ξενοδοχείο. Στις 29 Απριλίου 2014, ο/η ΜΠ1 έστειλε email στον WU προτείνοντας να συναντηθούν στο λόμπι του ξενοδοχείου JW Marriott στην οδό Sukhumvit στη Μπανγκόκ, στις 2 Μαΐου 2014, 14:00 τοπική ώρα. Ο/Η ΜΠ1 είπε ότι ο/η συνεργάτης του (ΜΠ2) βρισκόταν επίσης στη Μπανγκόκ και ότι ο/η ΜΠ1 ήθελε να συστήσει τον/την ΜΠ2 στον WU. Ο/Η ΜΠ1 εξήγησε στον WU ότι ο/η ΜΠ2 χειριζόταν τις περισσότερες από τις ευρωπαϊκές επιχειρηματικές δραστηριότητες προμηθειών και διακίνησης εμπορευμάτων του/της ΜΠ1. Ο/Η ΜΠ1 ενημέρωσε επίσης τον WU ότι ο/η ΜΠ2 γνώριζε τις πρόσφατες δυσκολίες τους και ήταν σε θέση να προσφέρει εναλλακτικές επιλογές παράδοσης. Ο/Η ΜΠ1 συμπεριέλαβε τον/την ΜΠ2 στους παραλήπτες αυτού του e-mail, και ο WU απάντησε και στους δύο λέγοντας «Εντάξει!».

Την 1η Μαΐου 2014 ο/η ΜΠ1 είπε μέσω e-mail ότι δεν θα τα κατάφερνε να συναντηθεί μαζί του (με τον WU) αλλά ότι ο/η ΜΠ2 θα τον συναντούσε όπως είχε συμφωνηθεί. Ο/Η ΜΠ1 είπε στον WU ότι ο/η ΜΠ2 ήξερε το σκοπό της συνάντησης και την προηγούμενη επιχειρηματική συναλλαγή τους, και θα διαπραγματευόταν εκ μέρους του/της.

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ

ΑΥΤΟ ΤΟ ΕΓΓΡΑΦΟ ΣΑΣ ΕΧΕΙ ΔΑΝΕΙΣΤΕΙ ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ ΚΑΙ ΠΑΡΑΜΕΝΕΙ ΙΔΙΟΚΤΗΣΙΑ ΤΟΥ ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ, ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE). ΟΠΟΙΟΔΗΠΟΤΕ ΑΛΛΟ ΑΙΤΗΜΑ ΓΙΑ ΚΟΙΝΟΠΟΙΗΣΗ ΑΥΤΟΥ ΤΟΥ ΕΓΓΡΑΦΟΥ Ή ΤΩΝ ΠΛΗΡΟΦΟΡΙΩΝ ΠΟΥ ΠΕΡΙΕΧΟΝΤΑΙ ΣΕ ΑΥΤΟ ΠΡΕΠΕΙ ΝΑ ΑΠΕΥΘΥΝΕΤΑΙ ΣΤΑ ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ ΤΟΥ HSI ΜΑΖΙ ΜΕ ΑΝΤΙΤΥΠΟ ΤΟΥ ΕΓΓΡΑΦΟΥ.

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ

| ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ | ΣΕΛΙΔΑ 4 |
|---|---|
| ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE) | |

Την 1η Μαΐου 2014, ο WU έστειλε ένα email στον/στην ΜΠ2 για να συστηθεί και ρώτησε τι ώρα ο/η ΜΠ2 ήθελε να συναντηθούν. Ο/Η ΜΠ2 απάντησε δίνοντας τον ίδιο τόπο και χρόνο, το λόμπι του ξενοδοχείου JW Marriott στις 14:00 στις 2 Μαΐου 2014. Ο/Η ΜΠ2 επίσης έδωσε στον WU τον αριθμό του πολωνικού κινητού τηλεφώνου του (+48 22 209 8972). Ο WU ανταποκρίθηκε δίνοντας στον/στην ΜΠ2 τον καινούριο του τοπικό αριθμό (+09 05 07 02 646).

Μυστική συνάντηση μεταξύ του WU και του/της ΜΠ2:

Η ακόλουθη σύνοψη δεν παρουσιάζεται ως ακριβής αναπαραγωγή όλων των λέξεων, όρων, φράσεων ή δηλώσεων που ανταλλάχθηκαν μεταξύ του υποκειμένου και του/της ΜΠ2. Οι πληροφορίες που παρέχονται παρακάτω σχετικά με τη μυστική συνάντηση χρησιμεύουν ως σύνοψη του διαλόγου. Η συζήτηση ανάμεσα στον WU και στον/στην ΜΠ2 ηχογραφήθηκε μέσω μιας συσκευής ηχογράφησης και βιντεοσκόπησης που είχε επάνω του/της ο/η ΜΠ2. Για περισσότερες πληροφορίες σχετικά με τη συνομιλία, αναφερθείτε στο φάκελο της υπόθεσης.
Στις 2 Μαΐου 2014, ο/η ΜΠ2 έφτασε στο ξενοδοχείο JW Marriott στην οδό Sukhumvit στη Μπανγκόκ και μπήκε στο λόμπι περίπου στις 13:40. Ο/Η ΜΠ2 και τρεις κρυφοί πράκτορες που κάθονταν κοντά παρατηρούσαν τον WU καθώς έφτανε. Ο WU δεν αναγνώρισε αμέσως και δε μίλησε με τον/την ΜΠ2.

*** Σημείωση πράκτορα: Οι πράκτορες αναγνώρισαν τον WU χάρη σε φωτογραφίες που είχαν αποκτήσει από έγγραφα των μεταναστευτικών αρχών της Ταϊλάνδης όταν ο WU έφτασε στο αεροδρόμιο της Μπανγκόκ. Ο WU φορούσε χακί παντελόνι, ένα μακρυμάνικο μακό με μπλε και κόκκινες ρίγες, γυαλιά με συρμάτινο σκελετό, και ήταν φαλακρός. Το μπλουζάκι του φαινόταν να είναι το ίδιο με αυτό στη φωτογραφία των μεταναστευτικών εγγράφων. Οι πράκτορες του HSI έλαβαν αντίγραφο ενός διαβατηρίου όπου ο Bob WU εμφανιζόταν ως Tianmin WU, Κινέζος υπήκοος, από το προσωπικό της Βασιλικής Μεταναστευτικής Υπηρεσίας της Ταϊλάνδης.

***

Περίπου στις 13:50, ο/η ΜΠ2 κάλεσε τον αριθμό κινητού τηλεφώνου (+90 05 07 02 646) που είχε παράσχει ο WU την προηγούμενη μέρα. Ο/Η ΜΠ2 είδε τον WU να απαντάει στο τηλέφωνο και να αρχίζει να του μιλάει (στον/στην ΜΠ2).

Ο WU πλησίασε τον/την ΜΠ2 και άρχισε να συνομιλεί μαζί του/της. Τα παρακάτω είναι αποσπάσματα της συνομιλίας:

—     Ο WU είπε στον/στην ΜΠ2 ότι είναι από μια περιοχή βόρεια του Πεκίνου και ότι μιλάει μονδαρινικά. Ο WU δήλωσε ότι αυτή ήταν η πρώτη φορά που επισκεπτόταν την Μπανγκόκ.

—     Ο/Η ΜΠ2 ανέφερε στον WU ότι το ▆▆▆▆ 500 ήταν ελεγχόμενο για εξαγωγή από τις ΗΠΑ, και ο WU απάντησε γνέφοντας καταφατικά και λέγοντας: «ΚΔΕΟ».

—     Ο WU ανέφερε την κατάσχεση από το τελωνείο των ΗΠΑ και εξέφρασε ανησυχία για τις μελλοντικές επιχειρηματικές δραστηριότητες του/της ΜΠ1, δηλ. το ρίσκο και μελλοντική παρακολούθηση.

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ
ΑΥΤΟ ΤΟ ΕΓΓΡΑΦΟ ΣΑΣ ΕΧΕΙ ΔΑΝΕΙΣΤΕΙ ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ ΚΑΙ ΠΑΡΑΜΕΝΕΙ ΙΔΙΟΚΤΗΣΙΑ ΤΟΥ ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ, ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE). ΟΠΟΙΟΔΗΠΟΤΕ ΑΛΛΟ ΑΙΤΗΜΑ ΓΙΑ ΚΟΙΝΟΠΟΙΗΣΗ ΑΥΤΟΥ ΤΟΥ ΕΓΓΡΑΦΟΥ Ή ΤΩΝ ΠΛΗΡΟΦΟΡΙΩΝ ΠΟΥ ΠΕΡΙΕΧΟΝΤΑΙ ΣΕ ΑΥΤΟ ΠΡΕΠΕΙ ΝΑ ΑΠΕΥΘΥΝΕΤΑΙ ΣΤΑ ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ ΤΟΥ HSI ΜΑΖΙ ΜΕ ΑΝΤΙΓΡΑΦΟ ΤΟΥ ΕΓΓΡΑΦΟΥ.

WU000026

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ

WU001642

| ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ | ΣΕΛΙΔΑ 5 |
|---|---|
| ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE) | |

██████████████████████████████████████████

*** Σημείωση πράκτορα: Στις 10 Απριλίου 2014, ο/η ΜΠ1 έστειλε ένα email στον WU λέγοντας ότι παρακολουθούνταν από το κράτος λόγω της κατάσχεσης και ότι ανησυχούσε για την επιχείρησή του/της. ***

— Ο/Η ΜΠ2 αναφέρθηκε σε ένα e-mail που ο/η ΜΠ1 είχε στείλει στον WU, όπου ενημέρωνε τον WU ότι θα τον χρέωνε τέλη ρίσκου 25% για την εξαγωγή του ████ 500 σε εκείνον (στον WU) στη ΛΔΚ. Ο/Η ΜΠ2 είπε ότι αυτό ήταν μέρος των επιχειρηματικών συναλλαγών. Ο WU απάντησε σε αυτή τη δήλωση λέγοντας «Ναι».

— Ο WU δήλωσε ότι είχε υποσχεθεί να παραδώσει το ████ 500 στον «πελάτη» του τον περασμένο μήνα (δηλ. τον Απρίλιο).

— Ο/Η ΜΠ2 δήλωσε στον WU ότι μπορούσε να παραδώσει ένα δεύτερο ████ 500, ελεγχόμενο από τον ΚΔΕΟ, στη Σαϊπάν για να το δώσει στον WU χωρίς κανένα πρόβλημα.

— Ο WU ρώτησε πώς θα μπορούσε να περάσει το λογισμικό ████ 500 από το τελωνείο στην Ιαπωνία.

*** Σημείωση πράκτορα: Καθ' όλη τη συνομιλία, ο WU επανειλημμένα μπέρδευε τη Σαϊπάν με την Ιαπωνία (Σαϊπάν – Τζαπάν). ***

— Ο/Η ΜΠ2 είπε ότι θα συναντούσε τον WU στον τερματικό σταθμό, μετά το τελωνείο. Ο WU απάντησε ότι κατάλαβε. Ο/Η ΜΠ2 είπε: «Δεν μπορώ να σε αναγκάσω να κάνεις τίποτα και είναι επιλογή σου». Ο WU απάντησε: «Ναι, είναι επιλογή μου». Ο/Η ΜΠ2 συνέχισε να μιλάει για μια δεύτερη συναλλαγή για το Krypto 500, τους κινδύνους σχετικά με την αποστολή, το γεγονός ότι ελέγχεται από τον ΚΔΕΟ και γιατί προτιμούσε να παραδώσει το προϊόν ιδιοχείρως.

— Ο WU ρώτησε αν το λογισμικό μπορούσε να αντιγραφεί και να σταλεί με email, αλλά μετά είπε ότι αυτό δε θα είχε αποτέλεσμα γιατί χρειαζόταν το dongle ασφαλείας και το αυθεντικό λογισμικό.

— Ο/Η ΜΠ2 αναφέρθηκε σε ένα e-mail που είχε στείλει ο WU στον/στην ΜΠ1 με το όνομα «Tian Zhong Wu» και τη διεύθυνση που είχε δώσει. Ο WU είπε ότι το όνομα δεν ήταν δικό του και ότι η διεύθυνση ήταν ένα διαμέρισμα που δεν είχε σχέση με την κυβέρνηση. Ο WU δήλωσε ότι το άτομο που ζούσε στην εν λόγω διεύθυνση ήταν ένα έμπιστο άτομο που γνώριζε για το φορτίο. Ο WU εξήγησε ότι λαμβάνει τηλεφωνήματα από αυτό το άτομο όταν φτάνει ένα δέμα.

— Ο/Η ΜΠ2 και ο WU διαπραγματεύτηκαν και συμφώνησαν στην τιμή του δεύτερου ████ 500 (11.500 $) αλλά [ο WU] είπε ότι θα πλήρωνε μόνο κατά την παράδοση.

— Ο WU εξήγησε ότι δεν ήξερε πώς ο/η ΜΠ1 τον γνώριζε και ότι ο/η ΜΠ1 είχε επικοινωνήσει μαζί του για μια κεραία.

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ
ΑΥΤΟ ΤΟ ΕΓΓΡΑΦΟ ΣΑΣ ΕΧΕΙ ΔΑΝΕΙΣΤΕΙ ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ ΚΑΙ ΠΑΡΑΜΕΝΕΙ ΙΔΙΟΚΤΗΣΙΑ ΤΟΥ ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ, ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE). ΟΠΟΙΑΔΗΠΟΤΕ ΑΛΛΟ ΑΙΤΗΜΑ ΓΙΑ ΚΟΙΝΟΠΟΙΗΣΗ ΑΥΤΟΥ ΤΟΥ ΕΓΓΡΑΦΟΥ Ή ΤΩΝ ΠΛΗΡΟΦΟΡΙΩΝ ΠΟΥ ΠΕΡΙΕΧΟΝΤΑΙ ΣΕ ΑΥΤΟ ΠΡΕΠΕΙ ΝΑ ΑΠΕΥΘΥΝΕΤΑΙ ΣΤΑ ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ ΤΟΥ HSI ΜΑΖΙ ΜΕ ΑΝΤΙΤΥΠΟ ΤΟΥ ΕΓΓΡΑΦΟΥ.

WU000027

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ

| ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ | ΣΕΛΙΔΑ 6 |
|---|---|
| ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE) | |



*** Σημείωση πράκτορα: Στις 10 Ιουνίου 2013, ο/η ΜΠ1 έστειλε ένα εισαγωγικό μήνυμα στον WU και είπε ότι μπορούσε να παράσχει μια προσφορά τιμής για την κεραία υψηλής απολαβής ▓▓▓ Τ-4000. Ο WU αρχικά είχε στείλει ένα αίτημα για προσφορά τιμής για την κεραία υψηλής απολαβής Τ-4000 στον κατασκευαστή ▓▓▓. Έπειτα η TECOM διαβίβασε αυτή τη σημαντική πληροφορία στον τοπικό πράκτορα. Η κεραία υψηλής απολαβής Τ-4000 είναι προϊόν που συμπεριλαμβάνεται στον Κατάλογο πολεμικού υλικού των ΗΠΑ (ΚΠΥ) και ελέγχεται για εξαγωγή από τον ΚΔΕΟ.

    — Ο WU δήλωσε ότι παρόλο που δεν γνώριζε τον/την ΜΠ1, είχε πληρώσει ολόκληρο το ποσό για το πρώτο ▓▓▓ 500. Επομένως, για τη δεύτερη αγορά, ο μόνος όρος του ήταν να πληρώσει μόνο με αντικαταβολή.

    — Ο/Η ΜΠ2 έδωσε δύο τιμολόγια που ο/η ΜΠ1 είχε προηγουμένως στείλει στον WU και ρώτησε αν ο WU χρειαζόταν και άλλο. Ο WU είπε ότι δε χρειαζόταν επιπλέον τιμολόγια εκείνη τη στιγμή αλλά ότι θα έστελνε email αν χρειαζόταν.

    — Ο WU έδωσε στον/στην ΜΠ2 έναν χειρόγραφο κατάλογο πέντε διαφορετικών προϊόντων και εταιρειών και ζήτησε από τον/την ΜΠ2 να προσπαθήσει να προμηθευτεί τα προϊόντα για εκείνον. Έπειτα ο WU πρότεινε να αλλάξουν διευθύνσεις ηλεκτρονικού ταχυδρομείου. Ο/Η ΜΠ2 συμφώνησε και είπε ότι θα έπρεπε να αλλάξουν τα στοιχεία ταυτότητάς τους σε χαρακτήρες του Ντίσνεϋ, όπως Μίκυ Μάους και Γκούφυ. Ο WU χαμογέλασε και ένευψε καταφατικά.

*** Σημείωση πράκτορα: Κατά τη γνώμη του τοπικού πράκτορα (ΤΠ), ο WU πρότεινε να αλλάξουν διευθύνσεις ηλεκτρονικού ταχυδρομείου για να αποφύγουν τον εντοπισμό από τις αρχές επιβολής του νόμου. ***

    — Ο WU δεν είχε μαζί του επαγγελματικές κάρτες και είπε ότι ίσως να ήταν καλύτερα να μη δώσουν ο ένας στον άλλον τα πραγματικά τους ονόματα γιατί είναι καλύτερο για επαγγελματικούς λόγους και λόγω της φύσης των διαπραγματεύσεών τους.

Στις 14:58, ο/η ΜΠ2 και ο WU βγήκαν έξω για να καπνίσουν ένα τσιγάρο. Στις 15:05 η συνάντηση τελείωσε και ο WU έφυγε με τα πόδια.

Συνομιλία μέσω email μετά τη συνάντηση:

Στις 7 Μαΐου 2014, ο/η ΜΠ1 έστειλε ένα email στον WU για να συζητήσουν την πληρωμή του δεύτερου ▓▓▓ 500 και για να προτείνει μια συνάντηση στη Σαϊπάν για να το παραδώσει. Στις 8 Μαΐου 2014, ο WU απάντησε ότι θα πλήρωνε ολόκληρο το ποσό (11.500 $) κατά την παραλαβή του λογισμικού.

    Στις 11 Μαΐου 2014, ο/η ΜΠ1 έστειλε ένα email στον WU όπου συμφωνούσε η πληρωμή να γίνει μετά την παράδοση και δήλωσε ότι η πληρωμή θα έπρεπε να γίνει τοις μετρητοίς και σε αμερικανικά δολάρια. Ο/Η ΜΠ1 ζήτησε επιβεβαίωση ότι θα συναντιούνταν στη Σαϊπάν. Ο WU απάντησε ότι θα πλήρωνε τοις μετρητοίς στη Σαϊπάν και ότι περίμενε ο/η ΜΠ2 να του παραδώσει το Krypto 500 αφότου θα περνούσε από το τελωνείο και πριν να επιβιβαστεί στην πτήση του για τη ΛΔΚ.

M O N O   Γ Ι Α   Ε Π Ι Σ Η Μ Η   Χ Ρ Η Σ Η
ΑΥΤΟ ΤΟ ΕΓΓΡΑΦΟ ΣΑΣ ΕΧΕΙ ΔΑΝΕΙΣΤΕΙ ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ ΚΑΙ ΠΑΡΑΜΕΝΕΙ ΙΔΙΟΚΤΗΣΙΑ ΤΟΥ ΥΠΟΥΡΓΕΙΟΥ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ, ΔΙΕΥΘΥΝΣΗ ΕΠΙΒΟΛΗΣ ΜΕΤΑΝΑΣΤΕΥΤΙΚΩΝ ΚΑΙ ΤΕΛΩΝΕΙΑΚΩΝ ΝΟΜΩΝ (ICE). ΟΠΟΙΑΔΗΠΟΤΕ ΑΛΛΟ ΑΙΤΗΜΑ ΓΙΑ ΚΟΙΝΟΠΟΙΗΣΗ ΑΥΤΟΥ ΤΟΥ ΕΓΓΡΑΦΟΥ Ή ΤΩΝ ΠΛΗΡΟΦΟΡΙΩΝ ΠΟΥ ΠΕΡΙΕΧΟΝΤΑΙ ΣΕ ΑΥΤΟ ΠΡΕΠΕΙ ΝΑ ΑΠΕΥΘΥΝΕΤΑΙ ΣΤΑ ΚΕΝΤΡΙΚΑ ΓΡΑΦΕΙΑ ΤΟΥ HSI ΜΑΖΙ ΜΕ ΑΝΤΙΤΥΠΟ ΤΟΥ ΕΓΓΡΑΦΟΥ.

WU000028

TEKMHPIO Δ

WU001645

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 

**ICE** ████████████████████

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

1/3/2017 14:41 ώρα ανατολ. ΗΠΑ                                              Σελ. 2 από 2

### ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ

Στις 23 Φεβρουαρίου 2017, ο τοπικός πράκτορας (ΤΠ) έκανε ερωτήσεις μέσω τηλεφώνου στον/στην ████████. Ο ████████ είναι ο υποδιευθυντής της ████████, κατασκευαστικής εταιρίας του αποκωδικοποιητή ████ 500. Ο ΤΠ ζήτησε από τον ████████ να περιγράψει τις εφαρμογές του ████ 500. Ο ████████ δήλωσε ότι το ████ 500 είναι αποκωδικοποιητής και προϊόν αμυντικής φύσεως που χρησιμοποιείται σε εφαρμογές επικοινωνιών σχετικών με την άμυνα, και είναι ελεγχόμενο για εξαγωγή υπό τον Κανονισμό για το διεθνές εμπόριο όπλων (ΚΔΕΟ). Ο ████████ είπε ότι το ████ 500 καλύπτει σήματα από πολύ υψηλή συχνότητα (VHF) μέχρι υπερύψηλη συχνότητα (UHF) και λειτουργεί μόνο στο φάσμα ραδιοσυχνοτήτων (RF). Ο ████████ πρόσθεσε ότι εκτός από την αποκωδικοποίηση σημάτων επικοινωνιών, το ████ 500 αναλύει, συλλέγει και ταξινομεί σήματα επικοινωνιών.



---

████████████████████                                    **Ημερομηνία έγκρισης**
                                                        27/2/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**
Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

WU000311

WU001646

ΤΕΚΜΗΡΙΟ Ε

WU001647

 **ΥΠΟΥΡΓΕΙΟ ΕΣΩΤΕΡΙΚΗΣ ΑΣΦΑΛΕΙΑΣ ΤΩΝ ΗΠΑ** 

**ICE** ███████████████████████

ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ

---

1/3/2017 14:42 ώρα ανατολ. ΗΠΑ                                                     Σελ. 2 από 3

## ΛΕΠΤΟΜΕΡΕΙΕΣ ΤΗΣ ΕΡΕΥΝΑΣ

Στις 22 Φεβρουαρίου 2017, ο τοπικός πράκτορας (ΤΠ) έκανε ερωτήσεις μέσω τηλεφώνου στον/στην ███████. Ο ΤΠ ζήτησε από τον/την ███████ να περιγράψει τις εφαρμογές του μόντεμ βελτιωμένου εύρους ζώνης υψηλής απόδοσης ████ MD-1366 EBEM. Η βοηθός είπε στον ΤΠ ότι θα έστελνε απάντηση με email.

Στις 27 Φεβρουαρίου 2017, ο/η ███████ έστειλε ένα email που περιείχε, εν μέρει, την ακόλουθη περιγραφή του μόντεμ βελτιωμένου εύρους ζώνης υψηλής απόδοσης MD-1366 EBEM.

«Το μόντεμ βελτιωμένου εύρους ζώνης υψηλής απόδοσης MD-1366 EBEM ███████ είναι το νέο στάνταρ πολλαπλής πρόσβασης καταμερισμού συχνότητων (FDMA) και το επερχόμενο υπερσύγχρονο μόντεμ για την ικανοποίηση των απαιτήσεων επικοινωνιών, διοίκησης και ελέγχου των σημερινών αμερικανικών ηνωμένων δυνάμεων υψηλής κινητικότητας που χρησιμοποιούν στρατιωτικούς και εμπορικούς δορυφόρους στις συχνότητες των ζωνών C-, X-, Ku- και Ka-. Επιπλέον, η Ομάδα εργασίας MIL-STD-188-165 σκοπεύει να συμπεριλάβει τα προηγμένα χαρακτηριστικά και τις δυνατότητες του μόντεμ MD-1366 EBEM στο MIL-STD-188-165B η οποία θα διαδεχθεί το MIL-STD-188-165A.



---

███████████████████          **Ημερομηνία έγκρισης**
                                                                 1/3/2017

**ΜΟΝΟ ΓΙΑ ΕΠΙΣΗΜΗ ΧΡΗΣΗ | ΕΥΑΙΣΘΗΤΑ ΣΤΟΙΧΕΙΑ ΑΠΟ ΑΠΟΨΗ ΕΠΙΒΟΛΗΣ ΤΟΥ ΝΟΜΟΥ**

Αυτό το έγγραφο σας έχει δανειστεί μόνο για επίσημη χρήση και παραμένει ιδιοκτησία του Υπουργείου Εσωτερικής Ασφάλειας των ΗΠΑ.
Οποιοδήποτε άλλο αίτημα για κοινοποίηση αυτού του εγγράφου ή των πληροφοριών που περιέχονται σε αυτό πρέπει να απευθύνεται
στα κεντρικά γραφεία του HSI μαζί με αντίτυπο του εγγράφου.

ΤΕΚΜΗΡΙΟ ΣΤ΄

WU001649



Υπουργείο Εξωτερικών των ΗΠΑ

*Υπηρεσία πολιτικών-στρατιωτικών υποθέσεων*
*Διεύθυνση ελέγχου εμπορίου προϊόντων άμυνας*

*Ουάσινγκτον, Περιφέρεια της Κολούμπια 20522-0112*
**4 ΟΚΤ 2016**

Σε απάντηση αναφερθείτε σε

███████████

ΗΜΕΡΟΜΗΝΙΑ ΥΠΟΒΟΛΗΣ ΤΗΣ ΑΙΤΗΣΗΣ ΣΑΣ: 18 Αυγούστου 2016

ΑΠΟΦΑΣΗ ΔΙΚΑΙΟΔΟΣΙΑΣ ΠΡΟΪΟΝΤΟΣ ΓΙΑ:   ███████████
**Λογισμικό**

Το προϊόν που περιγράφεται στην υποβολή αίτησής σας είναι ένα λογισμικό πακέτο που κατασκευάζεται από την ███████ LLC και χρησιμοποιείται για την αποκωδικοποίηση πληροφοριών σημάτων.

Η τεχνική εξέταση της αίτησής σας για δικαιοδοσία προϊόντος(CJ) έχει ολοκληρωθεί από τις απαιτούμενες υπηρεσίες της αμερικανικής κυβέρνησης. Τα ευρήματα της εν λόγω τεχνικής εξέτασης είναι τα εξής:

Το Υπουργείο Εξωτερικών των ΗΠΑ αποφάσισε ότι το **Λογισμικό** ███████ **υπόκειται στη δικαιοδοσία του Υπουργείου Εξωτερικών.** Έχει χαρακτηριστεί ως λογισμικό ειδικά σχεδιασμένο για σκοπούς συλλογής πληροφοριών στην κατηγορία XI(b) του Καταλόγου πολεμικού υλικού των Ηνωμένων Πολιτειών (ΚΠΥ). Απαιτείται άδεια ή άλλη έγκριση σύμφωνα με τον ΚΔΕΟ πριν από οποιαδήποτε εξαγωγή ή προσωρινή εισαγωγή αυτού του προϊόντος.

Σε περίπτωση που δεν συμφωνείτε με αυτή την απόφαση και διαθέτετε επιπλέον στοιχεία που δεν συμπεριλήφθηκαν στην αρχική υποβολή αίτησης, μπορείτε να υποβάλετε νέα αίτηση δικαιοδοσίας προϊόντος (CJ). Εάν δεν συμφωνείτε με αυτή την απόφαση και δεν διαθέτετε επιπλέον στοιχεία να παρουσιάσετε, μπορείτε να ζητήσετε η παρούσα απόφαση να επανεξεταστεί από τον Αναπληρωτή βοηθό του Υπουργείου Εξωτερικών στη Διεύθυνση ελέγχων εμπορίου προϊόντων άμυνας.

Συνέχεια στη σελίδα 2

Εδικός πράκτορας Mario Phillips
Τμήμα ερευνών εσωτερικής ασφάλειας (HSI)



WU001650

Σελίδα 2

Σε απάντηση αναφερθείτε στην
υπόθεση CJ 0499-16 της ΔΕΕΠΑ.

Εάν χρειάζεστε επιπλέον βοήθεια για αυτό το θέμα, παρακαλείστε να επικοινωνήσετε με τον Kirk
Bennett ███████████████████████████

Με εκτίμηση,

C. Edward Peartree
Διευθυντής
Γραφείο Πολιτικής Ελέγχων Εμπορίου Προϊόντων

TEKMHPIO  Z

WU001652

Απόφαση αδειοδότησης
███████████
Ημερομηνία ολοκλήρωσης:
23 Μαΐου 2016



ΥΠΟΥΡΓΕΙΟ ΕΜΠΟΡΙΟΥ ΤΩΝ ΗΠΑ
ΔΙΕΥΘΥΝΣΗ ΒΙΟΜΗΧΑΝΙΑΣ ΚΑΙ ΑΣΦΑΛΕΙΑΣ
ΟΥΑΣΙΝΓΚΤΟΝ, ΠΕΡΙΦΕΡΕΙΑ ΤΗΣ ΚΟΛΟΥΜΠΙΑ 20230

**Αριθ. αναφ. υπηρεσίας:** ███████████████

**Μάρτυρας/ες:** Τεχνικοί: Michael Pender / ████████████████

**Περιγραφή προϊόντος:** Το προϊόν (βλ. συνημμένες ειδικό έντυπο) κατασκευάζεται από την ████████████και είναι ένα █████████████, μόντεμ βελτιωμένου εύρους ζώνης υψηλής απόδοσης ████████.

**Κατασκευαστής:** █████████████

**Επιθυμητές ημερομηνίες έναρξης/λήξης:** 23 Μαρτίου 2016 - 23 Μαρτίου 2016

**Ενδιάμεσες χώρες:**

**Χώρα προορισμού:** Κίνα

<u>Λεπτομέρειες απόφασης</u>

**Ημερομηνία έναρξης:** 23 Μαρτίου 2016  **Ημερομηνία λήξης:** 23 Μαρτίου, 2016

**Απαιτείται άδεια BIS (Διεύθυνσης Βιομηχανίας και Ασφάλειας):** Ναι

**ΑΤΕΕ (Αριθμός ταξινόμησης ελέγχου εξαγωγής - ECCN):** 5A002.A1

**Λόγος/οι ελέγχου:** Καταπολέμηση της τρομοκρατίας, εθνική ασφάλεια

**Κείμενο πολιτικής:**
Απαιτείται άδεια για την εξαγωγή ελεγχόμενων ειδών εθνικής ασφάλειας στην Κίνα. Ωστόσο, θα μπορούσε να γίνει εξαίρεση άδειας ENC για τη συναλλαγή εάν ο τελικός χρήστης δεν είναι κυβερνητικός φορέας.

Catherine Wheeler, Διευθύντρια τμήματος
BIS/EA/STC/IT



WU001653



ManpowerGroup
Public Sector

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I  Maria Karra  , certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

English Title:          WU supplemental affidavit

Greek Title:           WU supplemental affidavit

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this  29   day of  March  2017.

_____
Signature

WU001654