# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR17-081 PSG | Date | March 25, 2020 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Beatrice Herrera | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| TIAN MIN WU | not | x | | Michael Severo | not | | x |

**Proceedings:** (In Chambers) Order DENYING Defendant's Motion to Dismiss Indictment for Lack of Jurisdiction Based on Principles of Dual Criminality (Dkt. # 83) and Motion to Dismiss Portions of the Indictment for Lack of Jurisdiction Based on the Law of Specialty (Dkt. #84)

    Before this Court is Defendant's motion to dismiss indictment for lack of jurisdiction based on principles of dual criminality (dkt. #83) and motion to dismiss portions of the indictment for lack of jurisdiction based on the law of specialty (dkt. #84).

    After considering the Defendant's motions, the Government's oppositions (dkt # 90 and #91) and the consolidated reply (dkt #92), the Court DENIES Defendant's motions.

    Accordingly, the hearing set for March 30, 2020 is removed from the Court's calendar.

    IT IS SO ORDERED.